UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-23656

FRANCISCO RENE MARTY,                                              Magistrate Judge O'Sullivan
on behalf of himself and all others
similarly situated,

      Plaintiff,
                                                                                     **CLASS ACTION**

v.

ANHEUSER-BUSCH COMPANIES, LLC;

      Defendant.
_____/

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO STAY**

The Plaintiffs object to a stay of discovery pending resolution of Defendant's Motion to Dismiss [D.E. 15]. The Defendant – whose packaging touts its historically German beer is of "German quality," confirms with "German Purity law" and has its origin in "Bremen, Germany" – is deceiving consumers into believing its U.S.-manufactured beer is a German import, and so the Plaintiff has sued for damages and an injunction based on unjust enrichment and the Florida Deceptive and Unfair Practices Act, § 501.211, Florida Statutes. The Plaintiff has propounded reasonable discovery. To the extent the Defendant has objections to that discovery, they should be resolved in the ordinary course – by objecting. The Plaintiff remains willing to negotiate the timing, sequence, and amount of discovery. There is, however, no justification for a stay of all discovery.

The Defendant argues that its motion to dismiss justifies a stay, but that's incorrect. In general, until the Court rules that a plaintiff has no claim, discovery goes

forward. *See, e.g., Reilly v. Amy's Kitchen, Inc.*, 2013 U.S. Dist. LEXIS 108492 (S.D. Fla. July 31, 2012) (copy attached as Ex. "A"). Beyond that, the Defendant's motion to dismiss is meritless. Among other things, the Defendant selectively chooses facts from the Complaint while ignoring others, ignoring the requirement to accept the Complaint's allegations as true and read the pleadings in the light most favorable to the Plaintiffs. The Florida Circuit Court Complex Division denied a nearly identical motion to dismiss in an action addressing the Defendant's deceptive conduct with *Kirin* beer. (*See* Ex. "B," attached.) Neither has the Defendant shown the extreme prejudice that would justify an outright stay of discovery.

The Court should accordingly deny the Defendant's motion to stay and allow discovery to proceed in due course.

Respectfully submitted,

| | |
|---|---|
| | /s/Thomas A. Tucker Ronzetti |
| Robert W. Rodriguez, Esq. | Thomas A. Tucker Ronzetti, Esq. |
| RobertWRodriguez@GMail.Com | tr@kttlaw.com |
| **ROBERT W. RODRIGUEZ, P.A.** | Adam M. Moskowitz, Esq. |
| 66 West Flagler Street, Suite 1002 | amm@kttlaw.com |
| Miami, Florida 33130 | **KOZYAK, TROPIN, &** |
| Telephone: (305) 444-1446 | **THROCKMORTON P.A.** |
| Facsimile: (305) 907-5244 | 2525 Ponce de Leon Blvd., 9th Floor |
| | Coral Gables, FL 33134 |
| Lance A. Harke, P.A. | Telephone: (305) 372-1800 |
| lharke@harkeclasby.com | Facsimile:   (305) 372-3508 |
| Howard M. Bushman, Esq. | *Counsel for Plaintiffs* |
| hbushman@harkeclasby.com | |
| **HARKE CLASBY & BUSHMAN LLP** | John Campbell, Esq. |
| 9699 NE Second Avenue | john@campbelllawllc.com |
| Miami Shores, Florida 33138 | **CAMPBELL LAW, LLC,** |
| Telephone:     (305) 536-8220 | 1500 Washington Avenue, |
| Facsimile:       (305) 536-8229 | Suite 100 |
| | St. Louis, MO 63103 |
| | Telephone: (314)588-8101 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing, to all the parties in the attached service list on the 6th day of January, 2014.

/s/Thomas A. Tucker Ronzetti
Thomas A. Tucker Ronzetti

350623