UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-23656

FRANCISCO RENE MARTY,
on behalf of himself and all others
similarly situated,

       Plaintiff,

**CLASS ACTION**

v.

ANHEUSER-BUSCH COMPANIES, LLC;

       Defendant.
_____/

## NOTICE OF REFILING AND/OR OF RELATED CASES

Plaintiff Francisco Rene Marty ("Plaintiff"), by and through his undersigned attorneys, and pursuant to the Court's December 20th, 2013, Order [D.E 27], hereby gives notice that there are no pending or related similar actions before this Court.

Respectfully submitted this 6th day of January 2014.

                                              /s/ *Thomas A. Tucker Ronzetti*
                                              Kozyak, Tropin, & Throckmorton
                                              Thomas A. Tucker Ronzetti
                                              Florida Bar No. 965723
                                              2525 Ponce de Leon Blvd., 9th Floor
                                              Coral Gables, FL 33134
                                              Telephone: (305) 372-1800
                                              Facsimile: (305) 372-3508

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of January, 2014, a true copy of the foregoing has been filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic filing.

/s/ *Thomas A. Tucker Ronzetti*

**FRANCISCO RENE MARTY, et al., v. ANHEUSER-BUSCH COMPANIES, LLC.**
**CASE NO. 13-cv-23656-LENARD/O'SULLIVAN**
**SERVICE LIST**

| | |
|---|---|
| Thomas A. Tucker Ronzetti, Esq.<br>tr@kttlaw.com<br>Adam M. Moskowitz, Esq.<br>amm@kttlaw.com<br>David R. Matz, Esq.,<br>drm@kttlaw.com<br>**KOZYAK, TROPIN, &**<br>  **THROCKMORTON P.A.**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone:  (305) 372-1800<br>Facsimile:   (305) 372-3508<br>*Counsel for Plaintiff* | Stanley Wakshlag, Esq.<br>swakshlag@kennynachwalter.com<br>**KENNY NACHWALTER**<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>*Counsel for Defendant* |
| Lance A. Harke, Esq.<br>lharke@harkeclasby.com<br>Howard M. Bushman, Esq.<br>hbushman@harkeclasby.com<br>**HARKE CLASBY & BUSHMAN LLP**<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>Telephone:     (305) 536-8220<br>Facsimile:       (305) 536-8229<br>*Counsel for Plaintiff* | Edward M. Crane, Esq.<br>edward.crane@skadden.com,<br>Brandon R. Keel, Esq.<br>brandon.keel@skadden.com<br>David R. Pehlke, Esq.<br>david.pehlke@skadden.com<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>155 N. Wacker Drive,<br>Chicago, Illinois 60606<br>*Counsel for Defendant* |
| Robert W. Rodriguez, Esq.<br>RobertWRodriguez@GMail.Com<br>**ROBERT W. RODRIGUEZ, P.A.**<br>66 West Flagler Street, Suite 1002<br>Miami, Florida 33130<br>Telephone:  (305) 444-1446<br>Facsimile:  (305) 907-5244<br>*Counsel for Plaintiff* | |
| John Campbell, Esq.<br>john@campblllawllc.com<br>**CAMPBELL LAW, LLC,**<br>1500 Washington Avenue,<br>Suite 100<br>St. Louis, MO 63103<br>Telephone:  (314)588-8101<br>*Counsel for Plaintiff* | |