# EXHIBIT B









# Sedano's®

PRICES EFFECTIVE: WEDNESDAY DECEMBER 12TH 2012 THROUGH TUESDAY DECEMBER 18TH 2012 • PRECIOS EFECTIVOS: MIÉRCOLES 12 DE DICIEMBRE DE

Beck's Imported Beer
Cerveza Importada
12 PK / 12 OZ
10.99

Beck's Imported Beer
Cerveza Importada
12 PK / 12 OZ
Cans or Btls
10.99

Cans or Btls
Beck's Imported Beer
Cerveza Importada
12 PK / 12 OZ
11.99

Beck's Imported Beer
All Varieties
Cerveza Importada
12 PK / 12 OZ
Cans or Btls
11.99

WE RESERVE THE RIGHT TO LIMIT QUANTITIES AND CORRECT PRINTING ERRORS. NOS RESERVAMOS EL DERECHO DE LIMITAR CANTIDADES Y CORREGIR ERRORES DE IMPRENTA. ADVERTISED ITEMS ARE INTENDED ONLY FOR CONSUMERS DOMESTIC USE AND NOT FOR RESALE - ARTICULOS ANUNCIADOS SON PARA USO DOMESTICO Y NO PARA REVENDER

Hialeah
840 East 41st Street, 305-696-0928
4040 East 4th Ave, 305-825-1725
950 East 4th Ave, 305-884-0032
3925 Palm Ave, 305-825-1243
3950 West 12th Ave, 305-556-6477
5360 West 16th Ave, 305-828-1060
1690 West 68th Street, 305-556-5201
2301 West 52nd Street, 305-824-9954

3140 West 76th Street, 305-364-2303
West Miami
6709 West Flagler Street, 305-266-6722
West Dade
12175 SW 26th Street, 305-559-5221
13659 SW 26th Street, 305-227-1140
14524 SW 8th Street, 786-364-9760
14655 SW 56th Street, 305-220-7313

Sweetwater
10720 West Flagler Street, 305-554-8889
Westchester
9688 SW 24th Street, 305-221-8351
Miami Gardens
18600 NW 87th Ave, 786-364-4120
6430 NW 186th Street, 305-558-5073
Coral Gables
4803 SW 8th Street, 305-446-5872

Little Havana
1263 West Flagler Street, 305-324-1687
2425 SW 8th Street, 305-642-8956
Kendall
16255 SW 88th Street, 305-385-2966
13794 SW 152nd Street, 305-255-3386
8601 Bird Road, 305-403-8010

Doral
10780 NW 58th Street, 305-716-2884
Homestead
831 NE 8th Street, 305-245-1405
Hollywood
2319 North 60th Ave, 954-986-9281

Pembroke Pines
10333 Pines Boulevard, 954-450-0793
17171 Pines Boulevard, 954-499-7815
North Lauderdale
7208 Southgate Boulevard, 954-720-4622

PRICES EFFECTIVE: WEDNESDAY FEBRUARY 20TH 2013 THROUGH TUESDAY FEBRUARY 26TH 2013 • PRECIOS EFECTIVOS: MIÉRCOLES 20 DE FEBRERO DEL 2013 AL MARTES 26 DE FEBRERO DEL 2013

E RESERVE THE RIGHT TO LIMIT QUANTITIES AND CORRECT PRINTING ERRORS. NOS RESERVAMOS EL DERECHO DE LIMITAR CANTIDADES Y CORREGIR ERRORES DE IMPRENTA. ADVERTISED ITEMS ARE INTENDED ONLY FOR CONSUMERS DOMESTIC USE AND NOT FOR RESALE - ARTICULOS ANUNCIADOS SON PARA USO DOMESTICO Y NO PARA REVENDER

eah
East 41st Street, 305-696-0928
) East 4th Ave, 305-825-1725
East 4th Ave, 305-884-0032
5 Palm Ave, 305-825-1243
) West 12th Ave, 305-556-6477
) West 16th Ave, 305-828-1060
) West 68th Street, 305-556-5201
I West 52nd Street, 305-824-9954

3140 West 76th Street, 305-364-2303
West Miami
6709 West Flagler Street, 305-266-6722
West Dade
12175 SW 26th Street, 305-559-5221
13659 SW 26th Street, 305-227-1140
14524 SW 8th Street, 786-364-9760
14655 SW 56th Street, 305-220-7313

Sweetwater
10720 West Flagler Street, 305-554-8889
Westchester
9688 SW 24th Street, 305-221-8351
Miami Gardens
18600 NW 87th Ave, 786-364-4120
6430 NW 186th Street, 305-558-5073
Coral Gables
4803 SW 8th Street, 305-446-5872

Little Havana
1263 West Flagler Street, 305-324-1687
2425 SW 8th Street, 305-642-8956
Kendall
16255 SW 88th Street, 305-385-2966
13794 SW 152nd Street, 305-255-3386
8601 Bird Road, 305-403-8010 • NEW •

Doral
10780 NW 58th Street, 305-716-2884
Homestead
831 NE 8th Street, 305-245-1405
Hollywood
2319 North 60th Ave, 954-986-9281

Pembroke Pines
10333 Pines Boulevard, 954-450-0793
17171 Pines Boulevard, 954-499-7815
North Lauderdale
7208 Southgate Boulevard, 954-720-4622
Lake Worth
2505 North Dixie Highway, 561-493-3343

# BevMo!

Sign In / Register   My ClubBev!   Track an Order   Find a Store   **Need Help? Customer Service**

**WINE   SPIRITS   BEER   SODA SHOP   & MORE   GIFTS   TASTINGS   PARTIES & WEDDINGS**   You have 0 item(s) in your basket **CHECKOUT**

**Search**   Item # or keywords   **Go**   View inventory available for   Shipping to California   (FREE) **SHOP ONLINE & PICK UP IN 1 HOUR**   CLUBBEV!   **EARN A 5% REWARD** VIEW DETAILS ▸

BevMo Home > Beer > Imported Beers > Beck's > Beck's Beer

### Beck's Beer (6PKB 12 OZ)
Regular Price: ~~$8.39~~
ClubBev: **$7.49 +crv**

**ClubBev! Members:**    (4)

Like   1

5 available   1   **Add to Basket**   **Continue Shopping**

A finely balanced German import with pleasant hop character & a dry finish. Delicious!

SKU:4220

Sign in to add this product to your Wine Cellar or Shopping List.

**Product Information**

Company : Beck's
Website : Beck's
Type : Imported Beers
Country : USA

Show all Pilsner from USA
Show all Pilsner Glasses
Show all Pub Glasses
Show all Bier Glasses

**Reviews for Beck's Beer (6PKB 12 OZ)**

**Average Members' Rating**    (4)    Sort by Most Recent

JEFF S. | Redlands, CA | 10/14/2012

Was this helpful? **Yes**   **No**   Flag as inappropriate

MATT V. | CYPRESS, CA | 9/10/2012

**A good, all around pilsner style beer**
I like that Beck's has a clean, smooth character. Tastes a little sweeter like Pisner Urquell, not as hoppy as Heineken. I think that if you are a lager drinker and have never tried a Pils, this one would be a good place to start. We usually drink this as a summer time, party beer, either bringing it to a friends house or offering at ours. Hits the spot on a hot day. Not too heavy.

Was this helpful? **Yes**   **No**   Flag as inappropriate

BRUCE O. | Burlingame, CA | 7/6/2012

Was this helpful? **Yes**   **No**   Flag as inappropriate

Chris C. | Irvine, CA | 10/7/2011

Mild and moderate pale lager. Easy to drink, but lacking much interest. Similar to, but a step below, Heineken.

Was this helpful? <u>Yes</u> (1)  <u>No</u> (1)  <u>Flag as inappropriate</u>

**Sign In to Add Your Review**

**Existing ClubBev! Members**            **New Member Sign Up**
[Sign In]                                [Create ClubBev! Account]

                                                                    * Required
*Name:                                   Your Location (optional):

*Your Rating:                                                   Item Name
                                                         Beck's Beer (6PKB 12 OZ)

Don't be scared to open up to us. Write a review.              review guidelines

Add a Headline (optional):

Employment   Customer Service   My ClubBev!   About Us   Terms of Use   Privacy Statement   FAQ's   Find a Store

Norton SECURED  -  powered by VeriSign        McAfee SECURE  TESTED 30-SEPT
ABOUT SSL CERTIFICATES

Copyright © 2000-2013 BevMo.com. All rights reserved. See our Privacy Statement
Website design and hosting by VisionOne, Inc.

9/30/13   Becks 24 Pack Bottles | Germany | Imported Beer | ShopRite Wines & Spirits of Little Falls NJ: NJ Wine Store, Buy Spirits Online, Craft Beers Store NJ

**Little Falls**
Value Wines, Spirits & Beer
*plus* · *Food, Cheese & Party Platters*

Local Pickup 2
Local Delivery 2
FedEx Shipping 2
Football Party Planner

Order Today
Pickup on Sunday

Search   Go

| Fine Wine | Spirits | Beer | Gift Store | Cheese | Food & Beverage | Party Platters |

Sign In | New Customer? | View Cart | ORDER STATUS   f  t  **COUPONS**   E-mail Deals:  Enter Email Here ...   Sign Up

Your Shopping Cart Contains **0** items

### Becks 24 Pack Bottles

Like



SKU: 00109  Size: 12oz  Style: Imported Beer

**$22.99**
**ON SALE**

Ship/Delivery/Pickup Class: L
Available for *pickup* & *delivery*

Quantity 1

**Add To Cart**

By Region

California (1031)
Italy (582)
France (188)
Australia (116)
Argentina (103)
Spain (91)
Chile (86)
Portugal (78)
New York (49)
Washington (43)
Germany (37)
New Jersey (26)
New Zealand (25)
Japan (15)
Israel (14)

By Sub Region

By Varietal

Chardonnay (300)
Red Blend (297)
Cabernet Sauvignon (276)
White Blend (181)
Pinot Noir (170)
Merlot (168)
Pinot Grigio (148)
Sauvignon Blanc (105)
Sangiovese (103)
Riesling (76)
Moscato (74)
Zinfandel (69)
Malbec (68)
Bordeaux Blend (39)

9/30/13   Becks 24 Pack Bottles | Germany | Imported Beer | ShopRite Wines & Spirits of Little Falls NJ: NJ Wine Store, Buy Spirits Online, Craft Beers Store NJ

By Price

$1 to $20 (2145)
$20 to $40 (279)
$40 to $60 (68)
$60 and up (79)

By Ratings

By Style

By Vintage

By Size



Please wait for e-mail confirmation that your order has been fulfilled before visiting store to pick up your online order.
Not responsible for typographical errors. NJ ABC rules prevail.
Please note: Product inventory fluctuates hourly and may not be updated at time of order.

About | Customer Service | Pickup Info | Local Delivery Info | Shipping Info | FAQs | Privacy Policy | Terms & Conditions | Contact Us

ShopRite Wines & Spirits of Little Falls · Tel: 973-256-5551 · E-mail: info@shopritewine.com
171 Browertown Road · Little Falls, NJ 07424 · Map & Directions
Store Hours: Monday to Saturday 9am - 10pm  Sunday 10am - 8pm

9/30/13                                      Beck's 12 pk Btl - 20 West Wine & Spirits

My Account    Order Status    Wish Lists    Gift Certificates    View Cart    Sign in or Create an account

# 20 West Wine & Spirits

Search [          ] Search
Advanced Search | Search Tips

Home    About Us    Shipping Info    Find Us on Twitter    Sales    Events    Gift Baskets    Vinology    Customer Testimonials    FAQ    Legal Notice

## Categories

- Events
- New Arrivals
- Illinois Craft Beer
- Illinois Cheese
- Mead
- Beer
- Spirits
- Red Wine
- White Wine
- Rose Wine
- Sparkling Wine
- Ports/Dessert Wine
- MidWest Wine
- Non-Alcoholic and Mixes
- SALES
- Accessories
- Gifts
- Gift Cards

### New Products

**Begyle Maybe Next Summer 22oz Btl**
$6.99
Not Rated
Add To Cart

**Pipeworks Australian Summer Ninja 22oz Btl**
$10.99
Not Rated

**Spiteful Corporate Guy 22oz Btl**
$10.49
Not Rated
Add To Cart

**Spiteful I Hate My Boss Coffee Stout 22oz Btl**
$8.99
Not Rated
Add To Cart

**Pipeworks Cherry Truffle Abduction 750ML**
$12.99
Not Rated

### Our Newsletter

Your First Name:

Your Email Address:

Subscribe me

---

Home    Beer    Imported Beers    Beck's 12 pk Btl
Home    Beer    Imported Beers    Beck's    Beck's 12 pk Btl

## Beck's 12 pk Btl

RRP: $13.99
Your Price: $11.99
(You save $2.00)
SKU: Becks12Btl
Brand: Beck's
Weight: 20.00 LBS
Shipping: Calculated at checkout
Quantity: 1    Add to Cart

### Product Description

### Find Similar Products by Category

Beer    Imported Beers
Beer    Imported Beers    Beck's

### Product Reviews

This product hasn't received any reviews yet. Be the first to review this product!    Write a review

### Customers Who Viewed This Product Also Viewed

**Beck's Oktoberfest 12 pk Btl**
$13.99 $11.99

**Beck's Premier Light 12 pk Btl**
$13.99 $11.99

**Bombay Sapphire Gin 1.75L**
$41.99
Add To Cart

**Beck's Sapphire 12pk Btl**
$13.99 $11.99
Add To Cart

### Add to Wish List

Click the button below to add the Beck's 12 pk Btl to your wish list.

Add to wish list

### Related Products

**Beck's Dark 12 pk Btl**
$13.99 $11.99
Not Rated

**Beck's Premier Light 12 pk Btl**
$13.99 $11.99
Not Rated

**Beck's 6pk Btl**
$7.49
Not Rated

**Beck's Non-Alcoholic 6pk Btl**
$7.99
Not Rated

**Beck's Oktoberfest 12 pk Btl**
$13.99 $11.99
Not Rated

### You Recently Viewed...

**Beck's Premier Light 12 pk Btl**
$13.99 $11.99
Not Rated

---

All prices are in USD. Copyright 2013 20 West Wine & Spirits. Sitemap | Shopping Cart Software by Bigcommerce

10/9/13


Beck's - Beer
144.00-fl oz / SKU: 082488123006


Beck's - Beer - Bottles
72.00-fl oz / SKU: 082488123457


Beck's - Dark Beer - Bottles
72.00-fl oz / SKU: 082488123563


Beck's - Dark Beer - Bottles
144.00-fl oz / SKU: 082488124003


Beck's - Light Beer - Bottles
72.00-fl oz / SKU: 082488128407


Beck's - Oktoberfest Beer - Bottles
72.00-fl oz / SKU: 082488129107


Beck's - Oktoberfest Beer - Bottles
144.00-fl oz / SKU: 082488129305

10/9/13


Beck's - Sapphire Beer
144.00-fl oz / SKU: 018200199844


Beck's Light - Beer
12.00-fl oz / SKU: 082488128308


Boddington's - Draught Pub Ale
64.00-fl oz / SKU: 762274813938


Bohemia - Mexican Beer
72.00-fl oz / SKU: 089826700011


Brooklyn - Summer Ale
144.00-fl oz / SKU: 030613000562


Carlsberg - Elephant Malt Liquor
67.20-fl oz / SKU: 087600100231


Chimay - Blue Cap Trappist Ale
11.20-fl oz / SKU: 081706000037