UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-23656-O'SULLIVAN
[CONSENT]

FRANCISCO RENE MARTY *et al.*,

       Plaintiffs,

v.                                                     CLASS ACTION

ANHEUSER-BUSCH COMPANIES, LLC

       Defendant.
_____/

## ORDER

This cause is before the Court upon Plaintiffs' Agreed Motion for Extension of Time for Plaintiffs to Respond to Defendant's Motion in Limine to Strike Plaintiffs' Purported Experts' Reports and to Reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification. Defendant agrees to the relief requested.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Agreed Motion for Extension of Time for Plaintiffs to Respond to Defendant's Motion in Limine to Strike Plaintiffs' Purported Experts' Reports and to Reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification is **GRANTED**. The deadline for Plaintiffs to respond to Defendant's Motion in Limine to Strike Plaintiffs' Purported Experts' Reports is extended to November 12, 2014. The deadline for Plaintiffs to reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification is extended to December 12, 2014.

**DONE AND ORDERED** in Chambers this 27 day of October, 2014.

Honorable John J. O'Sullivan