UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-23656-CIV-O'SULLIVAN
[CONSENT]

FRANCISCO RENE MARTY, et al.,

    Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiffs' Agreed Request for Oral Argument (DE# 126, 2/10/15). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintiffs' Agreed Request for Oral Argument (DE# 126, 2/10/15) is **GRANTED**. All pending motions are set for hearing before the undersigned on **Thursday, April 16, 2015 at 1:30 PM** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED in Chambers at Miami, Florida this **11th** day of February, 2015.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record