# CIVIL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**5TH FLOOR**          **TIME: 1:30 PM**

26

## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 13-23656-CIV-O'SULLIVAN      Date: April 16, 2015      END: 4:15

Clerk: Cherle R. Griffin        DAR No. 13:23:30

Court Reporter: N/A

Title of Case: MARTY V. ANHEUSER-BUSCH COMPANIES, LLC

P. Attorney(s): TUCKER RONZETTI, LANCE HARKE, SARAH ENGEL, TAL LIFSCHITZ, ADAM MOSKOWITZ

D. Attorney(s): STANLEY WAKSHLAG, DAVID PEHLKE, EDWARD CRANE, BRANDON KEEL

Reason for hearing: SEALED MOTION (DE #68); MOTION IN LIMINE (DE #100) AND MOTION IN LIMINE (DE #117)

Result of hearing: MOTIONS HEARING HELD. ORDER TO FOLLOW.