# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 13-cv-23656-JJO

FRANCISCO RENE MARTY,
SETH GOLDMAN, and
FERNANDO MARQUET
on behalf of themselves and all others
similarly situated;

Plaintiffs,

**CLASS ACTION**

V.

ANHEUSER-BUSCH COMPANIES, LLC;
Defendant.

### Mediator's Report

The above case was mediated before the undersigned mediator on May 26th, 2015.  An
agreement was reached subject to execution of a definitive final settlement agreement.

*/s/Ronald B Ravikoff*
Ronald B. Ravikoff, Mediator
RRavikoff@Jamsadr.com
JAMS
600 Brickell Avenue, Suite 2600
Miami, FL 33131
305-371-5267
May 29th, 2015

### SERVICE LIST

Thomas A. Tucker Ronzetti, Esq.
tr@kttlaw.com
Adam M. Moskowitz, Esq.
amm@kttlaw.com
David R. Matz, Esq.

drm@kttlaw.com
**KOZYAK,TROPIN,&**
**THROCKMORTON,P.A.**
2525 Ponce de Leon Blvd., 9th
Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
*Counsel for Plaintiffs*

Lance A. Harke, P.A.
lharke@harkeclasby.com
Howard M. Bushman, Esq.
hbushman@harkeclasby.com
Allison Harke, Esq.
aharke@harkeelasby.com
**HARKE CLASBY &**
**BUSHMAN LLP**
9699 NE Second Avenue
Miami Shores, Florida 33138
Telephone: (305) 536-8220
Facsimile: (305) 536-8229
*Counsel for Plaintiffs*

Robert W. Rodriguez, Esq.
RobertWRodriguez@RGMail.Com
**ROBERT W. RODRIGUEZ,**
**P.A.**
66 West Flagler Street, Ste. 1002
Miami, Florida 33130
Telephone: (305) 444-1446
Facsimile: (305) 907-5244 (Fax)
*Counsel for Plaintiffs*

Stanley Wakshlag
swakshalg@kennynachwlater.com
Kenny Nachwalter
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
*Counsel for Defendant*

**SKADDEN, ARPS, SLATE,**
**MEAGHER &**
**FLOM LLP**
Edward M. Crane, *pro hac vice*

David R. Pehlke, *pro hac vice*
Brandon R. Keel, *pro hac vice*
155 North Wacker Drive
Chicago, IL 60606
Phone: (312) 407-0700
Fax: (312) 407-0411
edward.crane@skadden.com
david.pehlke@skadden.com
brandon.keel@skadden.com
*Attorneys for Defendant*
*Anheuser-Busch*
*Companies, LLC*