September 28, 2015

**Clerk of the Court**
U.S. District Court, Southern District of Florida
400 North Miami Avenue, 8th Floor
Miami, FL 33128



**Class Member Objection**
Francisco Rene Marty et. al v. Anheuser-Busch Companies, LLC
**Case No: 13-cv-23656**

To Whom It May Concern:

This letter is being sent because I am a Class Member in the above referenced case and I object to the Proposed Settlement.

My Full name is Abner Leps; my current address is 11 Grayson Court, Charles Town, West Virginia 25414; my phone number is 205-538-8618 and I have signed this Objection below.

I am a Member of the Class because I have purchased Beck's Beer during the period May 1, 2011 through June 23, 2015. I bought Beck beer because I like dark beer but now have switched to Heinekens. I intend to file my claim before the end of the deadline for filing claims, however I have several issues with the Proposed Settlement.

First, the amount paid to a purchasing household is $50.00 if you retain sales receipts for the purchases and $12.00 if a claimant does not have a sales receipt. I do not retain sales receipts on household purchases such as groceries and very few people would be able to meet the proof of purchase requirements. Sales receipt requirement and the limitation of $12 in recovery to those without sales receipts, makes the settlement virtually meaningless to people like me that purchased Beck's Beer. The payment maximum should be increased and a signed statement should suffice for the larger amount.

My objection is also to the $3,500,000.00 attorneys' fees being claimed. Although the fee petition claims that the value of the settlement is more than $20,000,000 that appears to be a totally hypothetical number based on an unrealistic assumption that the vast majority of the class will actually be paid. It is my understanding that, generally, actual claims in cases like this are only made by 1% - 5% of the class. It is also my understanding that the Plaintiff and Defendant contend that there are approximately 1,000,000 households in the class. If 3% of the class actually filed a claim, that would be only 30,000 claims. Even if assume half of those claimants had proof of purchase and the other half did not, the total amount of claims would be less than $1,000,000.00. This means that the attorneys' fees would be more than 350% of the actual recovery by class members, which is outrageous.

1

In my opinion, there is no reason for the Court to speculate as to the claims that may be made or the hypothetical benefit to the Class, since the Court could postpone the award of attorneys' fees until after the claim filing deadline and then the Court would know, to the penny, the exact pay out to Class Members. This gives the Court the best basis for determining a fair fee.

It is also disturbing that Anheuser-Busch has agreed not to challenge a fee of up to $3,500,000.00. You have to wonder if this isn't more proof of the importance of paying the fee over the rights of the class.

Also, the Plaintiff's lawyers have tried to boost the value of this case by claiming the changes to labeling benefits the class going forward. This is not a benefit to me or others who were hurt by the past misrepresentations of Beck's and shouldn't be a consideration with regard to determining the attorneys' fees, which should be based solely on the relation to the actual benefit paid out to the class.

The Notice states I must make a statement regarding whether or not I intend to appear at the Hearing. I am presently trying to determine if I can find an attorney to appear on my behalf, but if I cannot, I am not certain if I will appear personally, but I would like reserve my right to appear and be heard.

If there are others objecting to this Proposed Settlement, I would join in their Objection as the entire settlement appears to benefit lawyers more than Class Members.

My signature below will affirm that I am a Class Member having purchased Beck's Beer during the period stated above and the purchases were for personal use. I have sent copies of this Objection letter to the counsel listed in the Notice and who are required to receive copies according to the Settlement Notice.

Sincerely,

_____

Cc: Thomas A. Tucker Ronzatti, Esq.
Stanley H. Wakshlag, Esq.




Flat Rate Mailing Envelope
For Domestic and International Use
Visit us at usps.com



EI 024719692 US



Mailing Label
Label 11-B, March 2004

Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 35173
Day of Delivery: ☒ Next
Postage: $19.99
Date Accepted: Mo. 9 Day 28 Year 15
Scheduled Date of Delivery: 9-29
Scheduled Time of Delivery: ☒ Noon
Total Postage & Fees: $19.99

FROM: Abner Lep's
11 Grayson Court
Charles Town, West Virginia 25414
PHONE: 205-538-8618

TO: Clerk of Court
US District Court, Southern District of FL
400 North Miami Ave, 8th Floor
Miami FL
ZIP: 33128+

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811