UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-23656-JJO

FRANCISCO RENE MARTY, SETH GOLDMAN,
and FERNANDO MARQUET on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.
_____/

**NOTICE OF ATTORNEY APPEARANCE
ON BEHALF OF OBJECTOR ROSS MULLER**

The undersigned attorney, STEPHEN D. FIELD, ESQ., enters his notice of appearance as counsel on behalf of Objector, ROSS MULLER, and requests that the Court and Parties direct all mailings, notices, and service of motions, pleadings, discovery, and any other relevant documents to the undersigned.

WHEREFORE, attorney, STEPHEN D. FIELD, ESQ., hereby gives notice to the Court of his appearance as counsel on behalf of the Objector, ROSS MULLER.

Dated: September 29, 2015
    Miami, Florida

    Respectfully submitted,

By:   /s/ Stephen Field
STEPHEN D. FIELD, ESQ.
Florida Bar No. 554111
e-mail: steve@field-law.com
STEPHEN D. FIELD, P.A.
102 East 49th Street
Hialeah, Florida 33013
Telephone: (305) 698-3421

Direct Line: (305)798-1335
Facsimile:(305) 698-1930
*Counsel for Objector – Ross Muller*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY: */s/ Stephen Field*

## SERVICE LIST - CASE NO. 13-cv-23656-JJO

Lance A. Harke, Esq.
lharke@harkeclasby.com
Sarah Clasby Engel, Esq.
sengel@harkeclasby.com
Howard M. Bushman, Esq.
hbushman@harkeclasby.com
**HARKE CLASBY & BUSHMAN LLP**
9699 NE Second Avenue
Miami Shores, Florida 33138
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

Robert W. Rodriguez, Esq.
RobertWRodriguez@GMail.Com
**ROBERT W. RODRIGUEZ, P.A.**
66 West Flagler Street, Suite 1002
Miami, Florida 33130
Telephone: (305) 444-1446
Facsimile: (305) 907-5244

Thomas A. Tucker Ronzetti, Esq.
tr@kttlaw.com
Adam M. Moskowitz, Esq.
amm@kttlaw.com
Tal J. Lifshitz, Esq.
tjl@kttlaw.com
**KOZYAK, TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
*Counsel for Plaintiffs*

John Campbell, Esq.
John@campbelllawllc.com
**CAMPBELL LAW, LLC**
1500 Washington Avenue, Suite 100
St. Louis, MO  63103
(314) 588-8101
*Counsel for Plaintiff*

David O. Pehlke, Esq.
david.pehlke@skadden.com
Brandon R. Keel, Esq.
Brandon.keel@skadden.com
**Skadden, Arps, Slate, Meagher & Flom, LLP**
155 N. Wacker Drive
Chicago, Illinois 60606
Phone: (312) 407-0700
Fax: (312) 407-0411
*Attorneys for Defendant Anheuser-Busch*
*Companies, LLC*

Stanley H. Wakshlag, Esq.
swakshlag@knpa.com
**Kenny Nachwalter, P.A.**
201 S. Biscayne Blvd, Suite 1100
Miami, Florida 33131
Phone: (305) 373-1000
Fax: (305) 372-1861
*Attorneys for Defendant Anheuser-Busch*
*Companies, LLC*