UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-23656-CIV-O'SULLIVAN

[CONSENT]

FRANCISCO RENE MARTY,

    Plaintiff,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.
_____/

## NOTICE

Objector Abner Leps sent a letter to Chambers concerning the scheduling of his deposition in this matter. Attached is a copy of said correspondence received by Chambers.

In the future, the parties and non-parties shall refrain from sending correspondence to Chambers and shall file all requests for relief from this Court in the form of a written motion. All motions shall be filed with the Clerk's Office, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 8th Floor NORTH, Miami, FL 33128.

DONE AND ORDERED in Chambers at Miami, Florida, this **20th** day of October, 2015.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel on record

Copies mailed by Chambers to:
Abner Leps
11 Grayson Court
Charles Town, WV 25414

October 13, 2015

Honorable John J. O'Sullivan
U.S. District Court, Southern District of Florida
400 North Miami Avenue, 8th Floor
Miami, FL 33128

      Francisco Rene Marty et. al v. Anheuser-Busch Companies, LLC
                            Case No: 13-cv-23656

Dear Judge O'Sullivan:

      I received the enclosed subpoena to go to a deposition over 30 miles from my home. Nothing else was included - just the enclosed. I strongly object to having to do this. I work for a living by the hour or the job and will lose money by having to travel to this deposition. I objected to this settlement after looking at the notice and reading about it online, and it seems to be unfair to me especially since I am getting so little after having bought a countless amount of Becks beer. No one ever called me about giving this deposition. They just sent me the subpoena. I received it on October 6 and it was set originally for October 22 over 30 miles away and then I got another letter stating that it would be moved up to the 19th. Again, I was never contacted about this nor was I ever told what my rights are when being subpoenaed for deposition when I was never contacted until I received the hand-delivered subpoena. This is unfair to me and anybody else that objects in a class action. If people object and are subpoenaed after they object, I have to believe that the purpose of the subpoena is to run people off and keep them from objecting. Maybe that is what the lawyers want. It is terribly unfair and a burden to me to have to put up with this. Please end this harassment if possible.

                                                    Sincerely,

                                                    Abner Leps

Cc:    Thomas A. Tucker Ronzatti

P.S. I have been diagnosed with pneumonia as of 14 October 2015

1

State Court Services Inc.
DATE/TIME: 10/6/15 7:58 am
INITIALS: JD
ID #: Not Required

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-23656-JJO

FRANCISCO RENE MARTY,
SETH GOLDMAN, and
FERNANDO MARQUET
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

        Defendant.
_____/

## NOTICE OF TAKING VIDEOTAPE DEPOSITION DUCES TECUM

**PLEASE TAKE NOTICE** that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, undersigned counsel for the Plaintiffs has a subpoena *duces tecum* requiring the following deponent to produce documents and to appear for deposition on the date, time and location indicated below:

**DEPONENT:** Abner Leps

**DATE & TIME:** October 22, 2015 at 10:00 am.

**LOCATION:** Maxim Reporting, LLC
64 Foal Lane
Martinsburg, WV 25405
Telephone: 304-260-0670

The oral examination will be recorded before a Court Reporter, Notary Public and/or any other officer authorized to take depositions in the State of Florida. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Deponent is further required to bring to the examination the documents as described on the attached Exhibit "A."

Respectfully submitted on October 5, 2015.

| | |
|---|---|
| Lance A. Harke, P.A.<br>lharke@harkeclasby.com<br>Sarah Clasby Engel, P.A.<br>sengel@harkeclasby.com<br>Howard M. Bushman, P.A.<br>hbushman@harkeclasby.com<br>**HARKE CLASBY & BUSHMAN LLP**<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>Telephone:   (305) 536-8220<br>Facsimile:   (305) 536-8229<br>*Counsel for Plaintiff* | By: /s/ Thomas A. Tucker Ronzetti<br>Thomas A. Tucker Ronzetti, Esq.<br>tr@kttlaw.com<br>Adam M. Moskowitz, Esq.<br>amm@kttlaw.com<br>Tal J. Lifshitz, Esq.<br>tjl@kttlaw.com<br>**KOZYAK, TROPIN &**<br>**THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone: (305) 372-1800<br>Facsimile:   (305) 372-3508<br>*Counsel for Plaintiff* |
| Robert W. Rodriguez, Esq.<br>RobertWRodriguez@GMail.Com<br>**ROBERT W. RODRIGUEZ, P.A.**<br>66 West Flagler Street, Suite 1002<br>Miami, Florida 33130<br>Telephone: (305) 444-1446<br>Facsimile: (305) 907-5244<br>*Counsel for Plaintiff* | John Campbell, Esq.<br>john@campbelllawllc.com<br>**CAMPBELL LAW, LLC**<br>1500 Washington Avenue,<br>Suite 100<br>St. Louis, MO 63103<br>(314)588-8101<br>*Counsel for Plaintiff* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

/s/ Tal J. Lifshitz
Tal J. Lifshitz

#F11753