UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-23656-CIV-O'SULLIVAN
[CONSENT]

FRANCISCO RENE MARTY,
    Plaintiff,

v.

ANHEUSER-BUSCH COMPANIES, LLC,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on Class Counsel's Response to Objector Leps' Motion for Protective Order and Class Counsels' Motion to Compel and for Sanctions (DE# 166, 10/20/15). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the portion of the instant motion related to Class Counsels' Motion to Compel and for Sanctions (DE# 166, 10/20/15) is **STRICKEN** from the record. The instant motion fails to comply with the Court's Discovery Procedure (see attached Discovery Procedure).

DONE AND ORDERED in Chambers at Miami, Florida, this **20th** day of October, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record

Copies mailed by Chambers to:
Abner Leps
11 Grayson Court
Charles Town, WV 25414

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# DISCOVERY PROCEDURE FOR
# MAGISTRATE JUDGE JOHN J. O'SULLIVAN

The following discovery procedures apply to all civil **CONSENT** cases assigned to United States Magistrate Judge John J. O'Sullivan.

If parties are unable to resolve their discovery disputes without Court intervention, Magistrate Judge John J. O'Sullivan will set the matter for a hearing. Discovery disputes are generally set for hearings on Tuesdays and Thursdays in the 5th Floor Courtroom, United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge O'Sullivan's Chambers and placing the matter on the next available discovery calendar. Magistrate Judge O'Sullivan's telephone number is (305) 523-5920.

After a matter is placed on the discovery calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard and include a certification that the parties have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3). Generally, no more than ten (10) minutes per side will be permitted.

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless the parties are unable to resolve their disputes at the motion calendar, or unless requested by Magistrate Judge O'Sullivan. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes and to confer in an attempt to resolve the discovery issue prior to setting the hearing. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.