# EXHIBIT B

CLOSED,CONS

# U.S. District Court
## District of Hawaii (Hawaii)
## CIVIL DOCKET FOR CASE #: 1:13-cv-00336-LEK-BMK

Howerton v. Cargill, Inc.

Assigned to: JUDGE LESLIE E. KOBAYASHI

Referred to: Judge BARRY M. KURREN

Case in other court:  USCA for the Ninth Circuit, 15-15021

            9CCA, CA 14-17395

            9CCA, CA 14-17405

Cause: 28:1391 Personal Injury

Date Filed: 07/08/2013

Date Terminated: 12/08/2014

Jury Demand: Plaintiff

Nature of Suit: 370 Other Fraud

Jurisdiction: Diversity

**Plaintiff**

**Denise Howerton**
*Individually and on Behalf of All Others Similarly Situated*

represented by

**Christopher M. Burke**
Scott & Scott, LLP
600 B Street, Suite 1500
San Diego, CA 92101
(619) 233-4565
Email: cburke@scott-scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**E. Kirksey Wood , Jr.**
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, AL 35238-2434
(205) 612-0243
Fax: (866)747-3905
Email: ekirkwood1@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
Scott Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
Fax: (860) 537-4432
Email: ecomite@scott-scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
Scott + Scott, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY 10174
(212) 223-6444
Fax: (212) 223-6334
Email: jguglielmo@scott-scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Cohn**
75-109 Lolo Lane
Kailua-Kona, HI 96740
808-324-1611
Email: elcohnhead@hawaii.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa W. Wolchansky**
Halunen Law
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-605-4098
Fax: 612-605-4099
Email: wolchansky@halunenlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Erin Calderon**
*Individually and on Behalf of All Others*
*Similarly Situated*

represented by **Melissa W. Wolchansky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ruth Pasarell**
*Individually and on Behalf of All Others*

represented by **Melissa W. Wolchansky**
(See above for address)

*Similarly Situated*                                                    *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Joseph P. Guglielmo**
                                                                        (See above for address)
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Molly Martin**                            represented by   **Clayton D Halunen**
*on behalf of themselves and others*                         Halunen & Associates
*similarly situated [CIV NO 14-00218*                        1650 IDS Center
*LEK-BMK]*                                                   80 South Eighth Street
                                                             Minneapolis, MN 55402
                                                             (612) 605-4098
                                                             Fax: (612) 605-4099
                                                             Email: halunen@halunenlaw.com
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James J. Bickerton**
                                                             Bickerton Lee Dang & Sullivan
                                                             Fort St Tower
                                                             745 Fort St Ste 801
                                                             Honolulu, HI 96813
                                                             599-3811
                                                             Email: bickerton@bsds.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Joseph P. Guglielmo**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kim E. Richman**
                                                             The Richman Law Group
                                                             195 Plymouth Street
                                                             Brooklyn, NY 11201
                                                             212-687-8291
                                                             Fax: 212687-8292
                                                             Email: krichman@richmanlawgroup.com

*TERMINATED: 10/09/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa W. Wolchansky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R Reese**
Reese Richman LLP
875 Avenue of Americas 1808
New York, NY 10001
212-643-0500
Fax: (212) 253-4272
Email: mreese@reeserichman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**Lauren Barry**                                 represented by   **Clayton D Halunen**
*on behalf of themselves and others*                             (See above for address)
*similarly situated [CIV NO 14-00218*                            *LEAD ATTORNEY*
*LEK-BMK]*                                                       *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **James J. Bickerton**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Joseph P. Guglielmo**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Kim E. Richman**
                                                                 (See above for address)
                                                                 *TERMINATED: 10/09/2015*
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

Melissa W. Wolchansky
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Michael R Reese
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Erin Calderon**                          represented by   Melissa W. Wolchansky
*Individually and on Behalf of All Others*                 (See above for address)
*Similarly Situated [CIV NO 13-00685*                      *LEAD ATTORNEY*
*LEK-BMK]*                                                 *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           Joseph P. Guglielmo
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cargill, Inc.**                          represented by   Christopher W. Madel
                                                           Robins Kaplan Miller & Ciresi LLP
                                                           2800 LaSalle Plaza, 800 La Salle Avenue
                                                           Minneapolis, MN 55402
                                                           612-349-8703
                                                           Email: cwmadel@rkmc.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           Jan M. Conlin
                                                           Robins Kaplan Miller & Ciresi LLP
                                                           2800 LaSalle Plaza
                                                           800 LaSalle Ave.
                                                           Minneapolis, MN 55402
                                                           612-349-8218
                                                           Email: jmconlin@rkmc.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Kate E. Jaycox**
Robins Kaplan LLP
800 LaSalle Ave.
2800 La Salle Plaza
Minneapolis, MN 55402
612-349-8500
Email: KJaycox@RobinsKaplan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Olson**
Cades Schutte
1000 Bishop St 12th Flr
Honolulu, HI 96813-4216
521-9200
Email: polson@cades.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Safranski**
Robins Kapan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
612-349-8500
Email: spsafranski@rkmc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Objector**

**Ross Muller**                    represented by   **Bradley David Salter**
*(808) 298-7873*                                     24 Malialani Pl
                                                     Lahaina, HI 96761
                                                     (808) 298-7873
                                                     Email: brad@salterlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Objector**

**Paul N. Palmer**                 represented by   **Paul N. Palmer**
                                                     301 7th St.
                                                     Nocona, TX 76255
                                                     (940) 235-7151
                                                     PRO SE

**Objector**

**Monica Mager**                           represented by  **Monica Mager**
                                                         10121 Page Rd
                                                         Streetsboro, OH 44241
                                                         (330) 626-4590
                                                         PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2013 | 1 | CLASS ACTION COMPLAINT, DEMAND FOR JURY TRIAL against Cargill, Inc., filed by Denise Howerton. (Attachments: # 1 Civil Cover Sheet, (ecs, ) (Attachment 2 deleted and replaced with attachment 3 on 7/12/2013: # 3 Mailing Documentation) (ecs, ). Modified on 7/12/2013 (ecs, ). (Entered: 07/11/2013) |
| 07/08/2013 | 2 | Summons Issued as to Cargill, Inc.. (ecs, ) (Entered: 07/11/2013) |
| 07/08/2013 | 3 | Order Setting Rule 16 Scheduling Conference for 09:30AM on 10/7/2013 before Judge BARRY M. KURREN. Signed by JUDGE SUSAN OKI MOLLWAY on 7/8/2013. (Attachments: # 1 Memorandum re: Corporate Disclosure Statements)(ecs, ) Modified on 7/11/2013 (ecs, ). (Entered: 07/11/2013) |
| 07/08/2013 | 4 | NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE 1 (Attachments: # 1 Consent: Election Form)(ecs, ) (Entered: 07/11/2013) |
| 07/08/2013 | 5 | Filing fee: $ 400.00,receipt number HI008524 re 1 Complaint (ecs, ) (Entered: 07/11/2013) |
| 08/02/2013 | 9 | MOTION to Appear Pro Hac Vice for Plaintiff Denise Howerton [Pro Hac Vice: Erin Green Comite, Esq ( Scott+Scott, Attorneys at Law, LLP), Local Counsel: Lawrence w. Cohn] (Attachments: # 1 Declaration of Counsel)(ecs, ) (Entered: 08/03/2013) |
| 08/02/2013 | 10 | MOTION to Appear Pro Hac Vice for Plaintiff Denise Howerton, et al. [Pro Hac Vice: Edward Kirksey Wood, Jr., Esq ( Wood Law Firm, LLC), Local Counsel: Lawrence w. Cohn] (Attachments: # 1 Declaration of Counsel)(ecs, ) (Entered: 08/03/2013) |
| 08/02/2013 | 11 | MOTION to Appear Pro Hac Vice for Plaintiff Denise Howerton. [Pro Hac Vice: Christopher M. Burke, Esq ( Scott+Scott, Attorneys at Law, LLP), Local Counsel: Lawrence w. Cohn] (Attachments: # 1 Declaration of Counsel)(ecs, ) (Entered: 08/03/2013) |
| 08/02/2013 | 12 | MOTION to Appear Pro Hac Vice for Plaintiff Denise Howerton.. [Pro Hac Vice: Joseph P. Guglielmo (Scott+Scott, Attorneys at Law, LLP), Local Counsel: Lawrence W. Cohn] (Attachments: # 1 Declaration of Counsel)(ecs, ) (Entered: 08/03/2013) |
| 08/02/2013 | 13 | Filing fee: $ 300.00,receipt number HI008851 re 11 MOTION for Pro Hac Vice - CHRISTOPHER M. BURKE. (ecs, ) (Entered: 08/05/2013) |
| 08/02/2013 | 14 | Filing fee: $ 300.00,receipt number HI008850 re 9 MOTION for Pro Hac Vice - ERIN GREEN COMITE (ecs, ) (Entered: 08/05/2013) |
| 08/02/2013 | 15 | Filing fee: $ 300.00,receipt number HI008849 re 12 MOTION for Pro Hac Vice - JOSEPH GUGLIELMO (ecs, ) (Entered: 08/05/2013) |

| | | |
|---|---|---|
| 08/02/2013 | 16 | Filing fee: $ 300.00,receipt number HI008848 re 10 MOTION for Pro Hac Vice- EDWARD K. WOOD, JR. (ecs, ) (Entered: 08/05/2013) |
| 08/06/2013 | 17 | NOTICE of Appearance by Peter W. Olson on behalf of Cargill, Inc. on behalf of Cargill, Inc.. (Olson, Peter) (Entered: 08/06/2013) |
| 08/06/2013 | 18 | STIPULATION *for First Extension of Time for Cargill, Incorporated to Respond to Complaint Served July 22, 2013* by Cargill, Inc.. (Olson, Peter) (Entered: 08/06/2013) |
| 08/06/2013 | 19 | ORDER GRANTING THE APPLICATIONS OF ERIN GREEN COMITE, EDWARD KIRKSEY WOOD, JR., CHRISTOPHER M. BURKE, AND JOSEPH P. GUGLIELMO TO APPEAR PRO HAC VICE. 9 , 10 , 11 , 12 Signed by Judge BARRY M. KURREN on 8/5/2013. (ecs, ) <hr> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on 8/7/13 ~~the date of this docket entry~~. Modified on 8/6/2013 (ecs, ). (Entered: 08/06/2013) |
| 08/07/2013 | | <span style="color:green">ADVISORY ENTRY.</span> If the filing party has not already done so, the 18 Stipulation for First Extension of Time for Defendant Cargill, Incorporated to Respond to Complaint Served July 22, 2013; Order filed by Cargill, Inc. should be submitted to Magistrate Judge Barry M. Kurren for approval. The filing party may refer to LR100.9.1. Proposed Orders, LR100.9.2. E-mailing of Proposed Orders and Stipulations and LR100.9.3. E-mail addresses for order and stipulation submission to Chambers. (emt, ) (Entered: 08/07/2013) |
| 08/08/2013 | 20 | STIPULATION For First Extension of Time For Defendant Cargill, Incorporated to Respond to Complaint Served July 22, 2013; ORDER, Cargill, Inc. answer due 9/26/2013.. Signed by Judge BARRY M. KURREN on 8/7/13. (gab, ) <hr> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/08/2013) |
| 08/12/2013 | 21 | SUMMONS Returned Executed by Denise Howerton. Cargill, Inc. served on 7/22/2013, answer due 9/26/2013. (Guglielmo, Joseph) (Entered: 08/12/2013) |
| 08/13/2013 | 22 | MOTION for Pro Hac Vice *[Defendant Cargill, Incorporateds Application to Permit Stephen P. Safranski, Jan M. Conlin, Kate E. Jaycox, and Christopher W. Madel to Appear Pro Hac Vice]* Peter W. Olson appearing for Defendant Cargill, Inc. (Attachments: # 1 Declaration of Stephen P. Safranski, # 2 Declaration of Jan M. Conlin, # 3 Declaration of Kate E. Jaycox, # 4 Declaration of Christopher W. Madel, # 5 Consent of Peter W. Olson, # 6 (Proposed) Order Granting Application to Permit Stephen P. Safranski, Jan M. Conlin, Kate E. Jaycox, and Christopher W. Madel to Appear Pro Hac Vice, # 7 Certificate of Service)(Olson, Peter) (Entered: 08/13/2013) |
| 08/13/2013 | 23 | EO: On 8/13/2013, Defendant filed an 22 Application to Permit Stephen P. Safranski, Jan M. Conlin, Kate E. Jaycox, and Christopher W. Madel to Appear Pro Hac Vice. The Application is made pursuant to Local Rule 83.1(e). However, the Application does not fully comply with Local Rule 83.1(e), as the declarations of each attorney seeking to appear pro hac vice (1) do not state whether the attorneys are 'regularly employed in Hawaii; or... [are] regularly engaged in business, professional, or law-related activities in Hawaii' and (2) do not address the items in Local Rule |

| | | |
|---|---|---|
| | | 83.1(e)(4) (A, B, C, & D). Defendant shall file supplemental declarations addressing the foregoing information by 8/23/2013. Alternatively, Defendant may submit Form HID 007 (available on the Court's website) for each attorney seeking to appear pro hac vice by 8/23/2013. (Judge BARRY M. KURREN)(kur2)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/13/2013) |
| 08/14/2013 | 24 | Filing fee: $ 1200.00,receipt number HI008961 re 22 MOTION for Pro Hac Vice *[Defendant Cargill, Incorporated's Application to Permit Stephen P. Safranski, Jan M. Conlin, Kate E. Jaycox, and Christopher W. Madel to Appear Pro Hac Vice]* (eps) (Entered: 08/15/2013) |
| 08/19/2013 | 25 | AMENDED DOCUMENT by Cargill, Inc.. Amendment to 22 MOTION for Pro Hac Vice *[Defendant Cargill, Incorporateds Application to Permit Stephen P. Safranski, Jan M. Conlin, Kate E. Jaycox, and Christopher W. Madel to Appear Pro Hac Vice]* . (Attachments: # 1 Declaration [Amended] of Stephen P. Safranski, # 2 Declaration [Amended] of Jan M. Conlin, # 3 Declaration [Amended] Kate E. Jaycox, # 4 Declaration [Amended] Christopher W. Madel, # 5 Certificate of Service)(Olson, Peter) (Entered: 08/19/2013) |
| 08/20/2013 | 26 | ORDER GRANTING APPLICATIONS TO APPEAR PRO HAC VICE 22 as to Stephen P. Safranski, Jan M. Conlin, Kate E. Jaycox, and Christopher W. Madel. Signed by Judge BARRY M. KURREN on 08/20/2013. (eps)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 08/20/2013) |
| 09/04/2013 | 28 | EO: By the joint request and agreement of counsel, the Rule 16 Scheduling Conference set for 10/07/2013 is continued to 10/24/2013 @ 9:30 a.m. before Judge BARRY M. KURREN. Mr. Peter W. Olson and Mr. Joseph P. Guglielmo to notify parties. Scheduling Conference Statements, if not already submitted, are due 10/17/2013. (Judge BARRY M. KURREN)(bbb)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 09/04/2013) |
| 09/06/2013 | 29 | NOTICE of Case Reassignment: Please reflect Civil Case Number CIV NO 13-00336 LEK-BMK on all further documents and pleadings. (eps)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 09/06/2013) |
| 09/20/2013 | 30 | Corporate Disclosure Statement by Cargill, Inc.. (Attachments: # 1 Certificate of Service)(Olson, Peter) (Entered: 09/20/2013) |
| 09/20/2013 | 31 | MOTION to Stay Peter W. Olson appearing for Defendant Cargill, Inc. (Attachments: # 1 Memorandum in Support of Motion, # 2 Declaration of Stephen P. Safranski, # 3 |

| | | |
|---|---|---|
| | | Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Certificate of Service) (Olson, Peter) (Entered: 09/20/2013) |
| 09/20/2013 | 32 | Application re 2 Summons Issued, 1 Complaint, *[Application for Second Extension of Time to Answer or Otherwise Respond to Plaintiffs Complaint]*. (Attachments: # 1 Declaration of Stephen P. Safranski, # 2 Certificate of Service)(Olson, Peter) Modified text (bold) on 9/23/2013 (ecs, ). (Entered: 09/20/2013) |
| 09/20/2013 | 33 | NOTICE of Hearing on 31 MOTION to Stay Proceedings. Motion Hearing set for 11/7/2013 at 11:00AM before Judge BARRY M. KURREN. (kur2)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 09/20/2013) |
| 09/20/2013 | 34 | EO: The Rule 16 Scheduling Conference set for 10/24/2013 is CONTINUED to 9:30AM on 12/11/2013 before Judge BARRY M. KURREN. Scheduling Conference Statements are due 12/4/2013. (Judge BARRY M. KURREN)(kur2)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 09/20/2013) |
| 09/20/2013 | 35 | Application *Ex Parte Application for Expedited Discovery and Order to Shorten Time* . (Attachments: # 1 Memorandum Memorandum of Law in Support of Ex Parte Application, # 2 Declaration Declaration of Joseph P. Guglielmo in Support of Ex Parte Application, # 3 Exhibit 1, # 4 Exhibit 2)(Guglielmo, Joseph) Modified text (bold) on 9/23/2013 (ecs, ). Modified on 10/2/2013 (bbb, ). (Entered: 09/20/2013) |
| 09/20/2013 | 36 | EO: The Court GRANTS 32 Defendant's Application for Second Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. (Judge BARRY M. KURREN) (kur2)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 09/20/2013) |
| 09/23/2013 | 37 | MEMORANDUM re 35 Application, *[Cargills Memorandum in Opposition to Plaintiffs Ex Parte Application for Expedited Discovery and for Order Shortening Time]* filed by Cargill, Inc.. (Attachments: # 1 Memorandum of Stephen P. Safranski, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Certificate of Service)(Olson, Peter) Modified on 9/24/2013 (ecs, ). (Entered: 09/23/2013) |
| 09/27/2013 | 38 | MEMORANDUM in Opposition re 31 MOTION to Stay filed by Denise Howerton. (Attachments: # 1 Exhibit A)(Guglielmo, Joseph) (Entered: 09/27/2013) |
| 10/01/2013 | 39 | REPLY re 37 Memorandum, 35 Application, *(Reply Memorandum in Support of Ex Parte Application for Expedited Discovery and Order to Shorten Time)* filed by Denise Howerton. (Attachments: # 1 Declaration of Joseph P. Guglielmo, # 2 Exhibit A)(Guglielmo, Joseph) (Entered: 10/01/2013) |

| 10/02/2013 | 40 | NOTICE of Hearing on 35 Plaintiff's Ex Parte Application for Expedited Discovery and Order Shortening Time. Motion Hearing set for 10/11/2013 at 11:00AM (Hawaii time) before Judge BARRY M. KURREN. No further briefing on this Application is allowed. Counsel may participate by phone by notifying Judge Kurren's Courtroom Manager (808-541-1306) of the phone number where counsel may be reached at the time of this hearing.(kur2) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 10/02/2013) |
| 10/02/2013 | 41 | EO: The hearing on the following Motion, which was set for 11/7/2013, is MOVED to 10/11/2013 at 11:00AM (Hawaii time) before Judge BARRY M. KURREN: 31 Defendant's Motion to Stay Proceedings. The deadline to file a Reply Memorandum is 10/9/2013. Counsel may participate by phone by notifying Judge Kurren's Courtroom Manager (808-541-1306) of the phone number where counsel may be reached at the time of this hearing. (Judge BARRY M. KURREN)(kur2) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry Modified on 10/2/2013 (kur2). (Entered: 10/02/2013) |
| 10/08/2013 | 42 | REPLY to Response to Motion re 31 MOTION to Stay filed by Cargill, Inc.. (Attachments: # 1 Declaration Stephen P. Safranski, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Certificate of Service)(Olson, Peter) (Entered: 10/08/2013) |
| 10/11/2013 | 43 | EO: Today's hearing on the following Motions is MOVED from 11:00AM to 1:00PM before Judge BARRY M. KURREN: 31 Defendant's Motion to Stay Proceedings and 35 Plaintiff's Application for Expedited Discovery and Order Shortening Time. Local counsel notified by phone. Counsel may participate by phone by notifying Judge Kurren's Courtroom Manager (808-541-1306) of the phone number where counsel may be reached at the time of this hearing. (Judge BARRY M. KURREN)(kur2) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/11/2013) |
| 10/11/2013 | 44 | EO: Today's hearing on the following Motions is MOVED to 12:30PM today before Judge Barry M. Kurren: 31 Defendant's Motion to Stay Proceedings and 35 Plaintiff's Application for Expedited Discovery and Order Shortening Time. Peter Olson and Joseph Guglielmo notified by phone. (Judge BARRY M. KURREN)(kur2) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/11/2013) |
| 10/11/2013 | 45 | EP: Hearing on 31 Defendant's Motion to Stay Proceedings and 35 Plaintiff's Application for Expedited Discovery and Order Shortening Time held. These Motions are DENIED. Stephen P. Safranski to submit a proposed order on these Motions no later than 12/17/2013. (C6F 12:16-12:58pm.) (Judge BARRY M. KURREN)(kur2) |
| | | CERTIFICATE OF SERVICE |

Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/11/2013)

| | | |
|---|---|---|
| 10/22/2013 | 46 | TRANSCRIPT of Proceedings held on October 11, 20113, - before Judge Kurren. Court Reporter/Transcriber Jessica Cahill, Telephone number (808-244-0776) (maukele@hawaii.rr.com). Transcript may be viewed at the court public terminal or ordered through the Court Reporter/Transcriber before the deadline for Release of Transcript. Remote availability of electronic transcripts is regulated by FRCP 5.2(a),FRCrP 49.1(a) and FRBP 9037(a) Redaction Request due 11/12/2013. Redacted Transcript Deadline set for 11/19/2013. Release of Transcript Restriction set for 1/17/2014. (Cahill, Jessica) (Entered: 10/22/2013) |
| 10/30/2013 | 47 | EO: The Rule 16 Scheduling Conference set for 12/11/2013 IS ADVANCED TO 12/10/2013 @ 10:00 a.m. (Hawaii Time) before Judge BARRY M. KURREN. Scheduling Conference Statements are due 12/03/2013. Counsel may participate by phone by notifying Judge Kurren's Courtroom Manager (808-541-1306) of the phone number where counsel may be reached at the time of this hearing. (Judge BARRY M. KURREN)(bbb) <br><br> *CERTIFICATE OF SERVICE* <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/30/2013) |
| 11/04/2013 | 48 | MEMORANDUM ORDER ~ Order follows hearing held October 11, 2013 *re:* 31 MOTION to Stay; 35 Ex Parte Application for Expedited Discovery and Order to Shorten Time for Discovery (Motions DENIED). Signed by Judge BARRY M. KURREN on 11/1/2013. (afc) <br><br> *CERTIFICATE OF SERVICE* <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/04/2013) |
| 11/04/2013 | 49 | STIPULATION re 1 Complaint, *[Stipulation for Third Extension of Time for Defendant Cargill, Incorporated to Respond to Complaint Served July 22, 2013]* by Cargill, Inc.. (Olson, Peter) (Entered: 11/04/2013) |
| 11/12/2013 | 50 | MOTION Transfer Venue Under 28 U.S.C. § 1404(a), Or In the Alternative, to Stay Peter W. Olson appearing for Defendant Cargill, Inc. (Attachments: # 1 Memorandum in Support of Motion, # 2 Declaration of Stephen P. Safranski, # 3 Declaration of Mark Brooks, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Certificate of Service)(Olson, Peter) (Entered: 11/12/2013) |
| 11/13/2013 | 51 | NOTICE of Hearing on Motion 50 MOTION Transfer Venue Under 28 U.S.C. § 1404(a), Or In the Alternative, to Stay : Motion Hearing set for 2/24/2014 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (wnn, ) <br><br> *CERTIFICATE OF SERVICE* <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 11/13/2013) |

| | | |
|---|---|---|
| 11/13/2013 | 55 | TRANSMITTAL of DOCUMENTS: Defendant Cargill, Inc.'s submission of its copy re: Motion of Cargill, Incorporated for Transfer of 3 Actions from Hawaii District Court (1:13-cv-00336), California Central District (2:13:cv-07046), Florida Southern District Court (1:13-cv-23433) - Suggested Transferee Court: D. Minn (Filed before the United States Judicial Panel on Multidistrict Litigation In Re: Trucia Natural Sweetener Marketing and Sales Practice Litigation, Case Number: Pending No. 147 <hr> (Attachments: # 1 JPMDL- Defendant Cargill, Incorporated's Motion to Transfer Under 28 USC 1407, # 2 Exhibit 1 - part 1) (ecs, ) (Additional attachment(s) added on 12/12/2013: # 3 Exhibit 1 - part 2, # 4 Exhibit 1 - part 3, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Before the USJPML - Schedule of Actions, # 12 Proof of Service - Oral Argument Requested), # 13) USDC D of Minnesota - Class Action Complaint and Jury Demand, # 14 Howerton v. Cargill D. Hawaii 13-336 Complaint and Docket Part 1 of 3, # 15 Howerton v. Cargill D. Hawaii 13-cv-00336 Complaint and Docket Part 2 of 3) (Additional attachment(s) added on 12/12/2013: # 16 USDC CD of California CV 13-7046 Class Action Complaint, # 17 USDC SD of Florida - Class Action Complaint, # 18 Mailing Documentation - Copy double sided received from Donna M. LaFrance, Robins Kaplan Miller & Ciresi, LLP) (ecs, ). NEF regenerated on 12/13/2013 (ecs, ). (Entered: 11/27/2013) |
| 11/15/2013 | 52 | EO: Regarding 50 MOTION Transfer Venue Under 28 U.S.C. § 1404(a), Or In the Alternative, to Stay . Motion Hearing set for 2/24/2014 at 09:45 AM is moved to 3/3/2014 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (JUDGE LESLIE E. KOBAYASHI)(wnn, ) <hr> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/15/2013) |
| 11/21/2013 | 54 | EO: The court having received and reviewed the email letters request from Mr. Stephen P. Safranski and the objection letter from Mr. Joseph P. Guglielmo, defendant's request to postpone the December 10, 2013 Rule 16 Scheduling Conference pending a resolution of motions to transfer is DENIED. The Rule 16 Scheduling Conference set for 12/10/2013 @ 10:00 a.m. before Judge Kurren will be heard as scheduled. (re 53 Correspondence)(Judge BARRY M. KURREN)(bbb) <hr> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/21/2013) |
| 12/03/2013 | 56 | Scheduling Conference Statement *and Certificate of Service*. (Guglielmo, Joseph) (Entered: 12/03/2013) |
| 12/03/2013 | 57 | REPORT of Planning Meeting *[Joint Report of the Parties Meeting Pursuant to Fed. R. Civ. P. 26(f)]*. (Attachments: # 1 Certificate of Service)(Olson, Peter) (Entered: 12/03/2013) |
| 12/03/2013 | 58 | Scheduling Conference Statement *[Defendant Cargill, Incorporated]*. (Attachments: # 1 Certificate of Service)(Olson, Peter) (Entered: 12/03/2013) |

| 12/10/2013 | 59 | EP: Rule 16 Scheduling Conference held. In light of pending Motion to Transfer, no trial schedule is issued at this time. A Further Rule 16 Scheduling Conference is set for 3/18/14 at 11:30AM before Judge BARRY M. KURREN. (Judge BARRY M. KURREN)(kur1) |
| --- | --- | --- |
| | | *CERTIFICATE OF SERVICE*<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/10/2013) |
| 12/27/2013 | 60 | EO: COURT ORDER REGARDING DEFENDANT'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A), OR IN THE ALTERNATIVE, TO STAY. 50 MOTION Transfer Venue Under 28 U.S.C. § 1404(a), Or In the Alternative, to Stay . Motion Hearing set for 3/3/2014 at 09:45 AM is continued to 4/28/2014 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (JUDGE LESLIE E. KOBAYASHI)(wnn, ) |
| | | *CERTIFICATE OF SERVICE*<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/27/2013) |
| 12/30/2013 | 61 | EO: The Further Rule 16 Scheduling Conference set for 3/18/2014 is CONTINUED to 9:30AM on 5/21/2014 before Judge BARRY M. KURREN. (Judge BARRY M. KURREN)(kur2) |
| | | *CERTIFICATE OF SERVICE*<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/30/2013) |
| 12/31/2013 | 62 | STIPULATION re 1 Complaint, *[Stipulation for Consolidation, Extension of Time to Respond to Complaint and to Stay Discovery]* by Cargill, Inc.. (Olson, Peter) (Entered: 12/31/2013) |
| 12/31/2013 | 63 | STIPULATION For Consolidation, Extension of Time To Respond To Complaint and to Stay Discovery; AND ORDER. Signed by Judge BARRY M. KURREN on 12/31/2013. Reflect both case numbers on future submissions: CV 13-00336 LEK-BMK; CV 13-00685 LEK-BMK (gab, ) |
| | | *CERTIFICATE OF SERVICE*<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/31/2013) |
| 01/02/2014 | 64 | EO:In light of the Stipulation for Consolidation, Extension of Time to Respond to Complaint and to Stay Discovery, the following cases are consolidated for all purposes: CV 13-00336 LEK-BMK and CV 13-00685 LEK-BMK. These consolidated cases are assigned to District Judge Leslie E. Kobayashi and Magistrate Judge Barry M. Kurren. It is hereby ordered that all further pleadings in either case shall be filed and docketed only in Civil No. 13-00336 LEK-BMK. (Judge BARRY M. KURREN) (kur2) |
| | | *CERTIFICATE OF SERVICE*<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/02/2014) |

| | | |
|---|---|---|
| 01/02/2014 | | ADVISORY ENTRY as to the submission of Proposed Order for entry docket number 62 Stipulation for Consolidation, Extension of time to Respond to Complaint and to Stay Discovery; and Order filed by Cargill, Inc. If the filer has not already done so, a proposed order may be submitted by email to Magistrate Judge Barry M. Kurren at kurren _orders@hid.uscourts.gov for signature. The filer may refer to LR100.8.1 - Proposed Orders, LR100.8.2 - Emailing of Proposed Orders and Stipulations and LR100.8.3 - E-mail addresses for order and stipulation submission to Chambers. (ecs, ) (Entered: 01/02/2014) |
| 01/02/2014 | | ADVISORY ENTRY - Please disregard Advisory Entry issued in error as to submission of proposed Order as to 62 . (ecs, ) (Entered: 01/02/2014) |
| 02/12/2014 | 65 | TRANSMITTAL of DOCUMENTS : # 1 United States Judicial Panel on Multidistrict Litigation - MDL No. 2512 "Order Denying Transfer". Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK(eps) Modified on 2/12/2014 : **correct image attached; Order Denying Transfer** (eps). (Entered: 02/12/2014) |
| 02/18/2014 | 66 | ORDER OF REASSIGNMENT IN THESE CONSOLIDATED CASES. Signed by JUDGE SUSAN OKI MOLLWAY on 02/18/2014.<br>-- It is hereby ordered that all further pleadings in either case shall be filed and docketed only in Civil No. 13-00336 LEK-BMK. An entry shall be made in the docket of CV 13-00685 ACK/RLP indicating all further filings relevant to CV 13-00685 ACK/RLP shall be filed only in Civil No. 13-00336 LEK-BMK.<br><br>Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK(eps)<br>------<br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 02/18/2014) |
| 03/05/2014 | 67 | EO: The Court received the parties' letter briefs dated February 28, 2014. After reviewing the letters, the Court declines to continue the stay on discovery. Discovery may proceed. The Court extends the deadline for Defendant to respond to the Complaint. Defendant shall respond to the Complaint no later than 21 days after Judge Kobayashi issues an Order on the pending 50 Motion to Transfer Venue Under 28 U.S.C. § 1404(a), Or In the Alternative, to Stay. (Judge BARRY M. KURREN)(kur2 )<br>------<br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 03/05/2014) |
| 04/07/2014 | 71 | MEMORANDUM in Opposition re 50 MOTION Transfer Venue Under 28 U.S.C. § 1404(a), Or In the Alternative, to Stay ; and Certificate of Service filed by Denise Howerton. (Comite, Erin) (Entered: 04/07/2014) |
| 04/14/2014 | 72 | REPLY to Response to Motion re 50 MOTION Transfer Venue Under 28 U.S.C. § 1404(a), Or In the Alternative, to Stay filed by Cargill, Inc.. (Attachments: # 1 Declaration of Stephen P. Safranski, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Certificate of Service)(Olson, Peter) (Entered: 04/14/2014) |
| 04/21/2014 | 73 | EO: ORDER DEEMING WITHDRAWN DEFENDANT'S MOTION TO TRANSFER VENUE. terminating 50 Motion. (JUDGE LESLIE E. KOBAYASHI)(wnn, ) |

|  |  |  |
|---|---|---|
|  |  | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/21/2014) |
| 04/22/2014 | 74 | NOTICE by Cargill, Inc. re 73 Order on Motion for Miscellaneous Relief, Terminate Motion Deadlines/Hearings (inc F&R),, Cargill, Inc.. (Attachments: # 1 Certificate of Service)(Olson, Peter) (Entered: 04/22/2014) |
| 04/24/2014 | 76 | NOTICE by Denise Howerton re 73 Order on Motion for Miscellaneous Relief, Terminate Motion Deadlines/Hearings (inc F&R),, Denise Howerton. (Guglielmo, Joseph) (Entered: 04/24/2014) |
| 04/25/2014 | 77 | NOTICE of Hearing on Motion 50 MOTION Transfer Venue Under 28 U.S.C. § 1404(a), Or In the Alternative, to Stay : Motion Hearing set for 7/21/2014 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 04/25/2014) |
| 04/30/2014 | 78 | EO: By the request of counsel, the Rule 16 Scheduling Conference set for 05/21/2014 IS CONTINUED TO 08/25/2014 at 9:30 a.m. before Judge BARRY M. KURREN. Scheduling Conference Statements, if not already submitted, are due by 08/18/2014. Counsel Stephen P. Safranski to notify all parties. (Judge BARRY M. KURREN)(bbb)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/30/2014) |
| 05/12/2014 | 80 | AMENDED COMPLAINT *(CONSOLIDATED CLASS ACTION)* against Cargill, Inc., filed by Denise Howerton, Erin Calderon, Ruth Pasarell.(Guglielmo, Joseph) (Entered: 05/12/2014) |
| 05/16/2014 | 81 | STIPULATION FOR CONSOLIDATION AND ORDER Signed by Judge BARRY M. KURREN on 05/15/2014. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(eps)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/16/2014) |
| 05/19/2014 | 82 | EO: In light of the Stipulation for Consolidation and Order filed on 5/16/2014, the following cases are consolidated for all purposes: CV 13-00336 LEK-BMK, CV 13-00685 LEK-BMK, and CV 14-00218LEK-BMK. **It is hereby ordered that all further pleadings in any of these cases case shall be filed and docketed only in Civil No. 13-00336 LEK-BMK.** Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK.(Judge BARRY M. KURREN)(kur2 )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/19/2014) |

| 05/30/2014 | 84 | EO: Status Conference set for 6/2/2014 at 11:45 AM before JUDGE LESLIE E. KOBAYASHI. Various Counsel to participate by phone. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/30/2014) |
|---|---|---|
| 06/02/2014 | 85 | EP: Status Conference held on 6/2/2014. terminating 50 Motion ; (Court Reporter Cynthia Ott) (JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 06/02/2014) |
| 06/06/2014 | 86 | NOTICE of Appearance by James J. Bickerton on behalf of Molly Martin on behalf of Molly Martin. (Attachments: # 1 Certificate of Service)(Bickerton, James) Modified on 6/6/2014 : as to Lauren Barry (eps ). (Entered: 06/06/2014) |
| 06/06/2014 | 87 | MOTION for Pro Hac Vice *Melissa W. Wolchanksy* Filing fee $ 300, receipt number 0975-1399869.James J. Bickerton appearing for Plaintiff Molly Martin (Bickerton, James) Modified on 6/6/2014: adding Plaintiff Lauren Barry (eps ). (Entered: 06/06/2014) |
| 06/06/2014 | 88 | MOTION for Pro Hac Vice *Clayton D. Halunen* Filing fee $ 300, receipt number 0975-1399875.James J. Bickerton appearing for Plaintiff Molly Martin (Bickerton, James) Modified on 6/6/2014 : adding Plaintiff Lauren Barry (eps). (Entered: 06/06/2014) |
| 06/06/2014 | 89 | MOTION for Pro Hac Vice *Kim E. Richman* Filing fee $ 300, receipt number 0975-1399880.James J. Bickerton appearing for Plaintiff Molly Martin (Bickerton, James) Modified on 6/6/2014 : adding Plaintiff Lauren Barry (eps ). (Entered: 06/06/2014) |
| 06/06/2014 | 90 | MOTION for Pro Hac Vice *Michael R. Reese* Filing fee $ 300, receipt number 0975-1399885.James J. Bickerton appearing for Plaintiff Molly Martin (Bickerton, James) Modified on 6/6/2014 : adding Plaintiff Lauren Barry(eps ). (Entered: 06/06/2014) |
| 06/06/2014 |  | ADVISORY ENTRY. The Docket Entry Numbers<br>87 MOTION for Pro Hac Vice *Melissa W. Wolchanksy* filed by Molly Martin,<br>88 MOTION for Pro Hac Vice *Clayton D. Halunen* filed by Molly Martin,<br>89 MOTION for Pro Hac Vice Kim E. Richman for Plaintiff Molly Martin<br>90 MOTION for Pro Hac Vice Michael R. Reese for Plaintiff Molly Martin are filed incorrectly in this case.<br>The filing party selected Plaintiff Molly Martin and did not select Plaintiff Lauren Barry.<br>At the ECF screen "Select the Filer - Select the Party:"toggle and highlight the applicable Plaintiffs. Further, the Notice of Appearance by local counsel 86 is captioned as to both Plaintiffs. However, also in the filing process, the filer did not select both Plaintiffs' names. The Clerk's Office associated Local Counsel to both Plaintiffs. (eps) (Entered: 06/06/2014) |

| | | |
|---|---|---|
| 06/09/2014 | 91 | ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE 87 Motion to Appear Pro Hac Vice as to: MELISSA W. WOLCHANSKY 88 Motion to Appear Pro Hac Vice as to: CLAYTON D. HALUNEN 89 Motion to Appear Pro Hac Vice as to: KIM E. RICHMAN 90 Motion to Appear Pro Hac Vice as to: MICHAEL R. REESE Signed by Judge BARRY M. KURREN on 06/09/2014. (eps) <br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 06/09/2014) |
| 06/19/2014 | 92 | MOTION for Settlement *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* Joseph P. Guglielmo appearing for Consol Plaintiffs Lauren Barry, Molly Martin, Plaintiffs Erin Calderon, Denise Howerton, Ruth Pasarell (Attachments: # 1 Memorandum, # 2 Declaration of Joseph P. Guglielmo, # 3 Exhibit 1 to Guglielmo Declaration (Settlement Agreement), # 4 Exhibit A to Settlement Agreement, # 5 Exhibit B to Settlement Agreement, # 6 Affidavit of Jeffrey Dahl (Ex. C to Settlement Agreement), # 7 Exhibit 1 to Dahl Affidavit, # 8 Exhibit 2 to Dahl Affidavit, # 9 Exhibit 3 to Dahl Affidavit, # 10 Exhibit 4 to Dahl Affidavit, # 11 Exhibit 5 to Dahl Affidavit, # 12 Exhibit D to Settlement Agreement, # 13 Exhibit E to Settlement Agreement, # 14 Exhibit F to Settlement Agreement, # 15 Exhibit G to Settlement Agreement, # 16 Exhibit 2 to Guglielmo Declaration, # 17 Declaration of Clayton D. Halunen, # 18 Exhibit A, # 19 Exhibit B, # 20 Exhibit C, # 21 Exhibit D, # 22 Declaration of Michael R. Reese, # 23 Exhibit A, # 24 Certificate of Service) (Guglielmo, Joseph) (Entered: 06/19/2014) |
| 06/19/2014 | 93 | NOTICE of Hearing on Motion 92 MOTION for Settlement *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* : Motion Hearing set for 7/21/2014 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (wnn, ) <br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 06/19/2014) |
| 07/18/2014 | 94 | Errata *Relating to ECF No. 92 -6 Declaration of Jeffrey D. Dahl.* (Attachments: # 1 Errata)(Guglielmo, Joseph) Modified on 7/22/2014 (ecs, ). (Entered: 07/18/2014) |
| 07/21/2014 | 95 | EP: Motion Hearing held on 7/21/2014 re 92 MOTION for Settlement *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* filed by Molly Martin, Ruth Pasarell, Denise Howerton, Lauren Barry, Erin Calderon. DOP=7/21/2014. (Court Reporter Cynthia Ott) (JUDGE LESLIE E. KOBAYASHI)(wnn, ) <br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 07/21/2014) |
| 07/24/2014 | 97 | ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, CERTIFYING SETTLEMENT CLASS, APPROVING NOTICE PLAN, AND SCHEDULING DATE FOR FINAL FAIRNESS HEARING. Signed by JUDGE LESLIE E. KOBAYASHI on 7/24/2014. |

| | | |
|---|---|---|
| | | (Fairness hearing is set for 10/27/2014 09:45 AM in 'Aha Nonoi before JUDGE LESLIE E. KOBAYASHI.) |
| | | Associated Cases: 1:13-cv-00336-LEK-BMK, 1:14-cv-00218-LEK-BMK (afc) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 07/24/2014) |
| 09/11/2014 | 98 | NOTICE by Molly Martin *of Change of Firm Name* Molly Martin. (Attachments: # 1 Certificate of Service)(Bickerton, James) (Entered: 09/11/2014) |
| 09/11/2014 | 99 | EO: : COURT'S ORDER Regarding Counsel's Letter dated September 11, 2014 re Motion for Attorney Fees. (JUDGE LESLIE E. KOBAYASHI)(wnn, ) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 09/11/2014) |
| 09/12/2014 | 100 | MOTION *for Final Approval of Class Action Settlement and Request for Entry of Final Judgment* Melissa W. Wolchansky appearing for Consol Plaintiffs Lauren Barry, Erin Calderon, Molly Martin, Plaintiffs Erin Calderon, Denise Howerton, Ruth Pasarell (Attachments: # 1 Memorandum, # 2 Declaration of Clayton D. Halunen, # 3 Exhibit A to Halunen Declaration, # 4 Exhibit B to Halunen Declaration, # 5 Exhibit C to Halunen Declaration, # 6 Declaration of Michael R. Reese, # 7 Exhibit A to Reese Declaration, # 8 Exhibit B to Reese Declaration, # 9 Exhibit C to Reese Declaration, # 10 Declaration of Jeffrey D. Dahl, # 11 Exhibit A to Dahl Declaration, # 12 Exhibit B to Dahl Declaration, # 13 Exhibit C to Dahl Declaration, # 14 Exhibit D to Dahl Declaration, # 15 Exhibit E to Dahl Declaration, # 16 Exhibit F to Dahl Declaration, # 17 Word Count Certificate, # 18 Certificate of Service)(Wolchansky, Melissa) (Entered: 09/12/2014) |
| 09/12/2014 | 101 | NOTICE of Hearing on Motion 100 MOTION *for Final Approval of Class Action Settlement and Request for Entry of Final Judgment* : Motion Hearing set for 10/27/2014 at 09:45 AM before JUDGE LESLIE E. KOBAYASHI. (wnn, ) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 09/12/2014) |
| 09/12/2014 | 103 | MOTION for Attorney Fees *Award, Expense Reimbursement, and Incentive Awards* Joseph P. Guglielmo appearing for Consol Plaintiffs Lauren Barry, Erin Calderon, Molly Martin, Plaintiffs Denise Howerton, Ruth Pasarell (Attachments: # 1 Memorandum, # 2 Declaration of Joseph P. Guglielmo, # 3 Exhibit A to Guglielmo Declaration, # 4 Exhibit B to Guglielmo Declaration (Detailed Time), # 5 Exhibit C to Guglielmo Declaration (Detailed Expenses), # 6 Exhibit D to Guglielmo Declaration, # 7 Exhibit E to Guglielmo Declaration, # 8 Exhibit F to Guglielmo Declaration, # 9 Exhibit G to Guglielmo Declaration, # 10 Exhibit H to Guglielmo Declaration, # 11 Exhibit I to Guglielmo Declaration, # 12 Exhibit J to Guglielmo Declaration (Itemized Time Categories), # 13 Declaration of Daryl F. Scott, # 14 Declaration of William A. Baird, # 15 Exhibit Baird Itemized Time Categories, # 16 Exhibit Baird Detailed Time, # 17 Exhibit Baird Detailed Expenses, # 18 Declaration of Jared H. Beck, # 19 |

|  |  |  |
|---|---|---|
|  |  | Exhibit A to Beck Declaration, # 20 Exhibit Beck Itemized Time Categories, # 21 Exhibit Beck Detailed Time, # 22 Exhibit Beck Detailed Expenses, # 23 Declaration of James J. Bickerton, # 24 Exhibit 1 to Bickerton Declaration, # 25 Declaration of Lawrence W. Cohn, # 26 Declaration of Greg L. Davis, # 27 Exhibit A to Davis Declaration, # 28 Exhibit Davis Itemized Time Categories, # 29 Exhibit Davis Detailed Time, # 30 Declaration of Karen H. Riebel, # 31 Exhibit A to Riebel Declaration, # 32 Exhibit Riebel Itemized Time Categories, # 33 Exhibit Riebel Detailed Time, # 34 Exhibit Riebel Detailed Expenses, # 35 Declaration of E. Kirk Wood, # 36 Exhibit 1 to Wood Declaration, # 37 Exhibit Wood Itemized Time Categories, # 38 Exhibit Wood Detailed Time, # 39 Exhibit Wood Detailed Expenses, # 40 Certificate of Service)(Guglielmo, Joseph) (Entered: 09/12/2014) |
| 09/15/2014 | 104 | Errata *Relating to ECF 103-2 Declaration of Joseph P. Guglielmo*. (Attachments: # 1 Errata)(Guglielmo, Joseph) (Entered: 09/15/2014) |
| 09/15/2014 | 105 | SUPPLEMENT re 103 MOTION for Attorney Fees *Award, Expense Reimbursement, and Incentive Awards* filed by Molly Martin, Ruth Pasarell, Denise Howerton, Lauren Barry, Erin Calderon by Lauren Barry, Erin Calderon, Denise Howerton, Molly Martin, Ruth Pasarell *: Supplement to the Declaration of Lawrence W. Cohn ECF 103-25*. (Attachments: # 1 Supplement Cohn Itemized Time Categories, # 2 Supplement Cohn Detailed Time)(Guglielmo, Joseph) (Entered: 09/15/2014) |
| 09/15/2014 | 106 | Errata *Relating to ECF No. 100-2 Declaration of Clayton D. Halunen*. (Attachments: # 1 Errata)(Wolchansky, Melissa) (Entered: 09/15/2014) |
| 09/26/2014 | 107 | Objection To The Proposed Settlement filed by Ross Muller, Dated 09/24/2014 (Attachments: # 1 Mailing Documentation) (eps ) (Entered: 09/26/2014) |
| 09/30/2014 | 108 | OBJECTION To Class Settlement submitted by Monica Mager dated 09/25/2014. (Attachments: # 1 Mailing Documentation)(eps) (Entered: 10/01/2014) |
| 10/16/2014 | 109 | EO: ORDER REGARDING FILING OF OBJECTIONS. ~~re 107 Objections.~~ (JUDGE LESLIE E. KOBAYASHI)(wnn, ) <hr> Modified on 10/21/2014 : **creating docket entry relationship to** 109 Objections (eps ). <hr> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.(Entered: 10/16/2014) |
| 10/17/2014 | 110 | Declaration *Supplemental Declaration of Jeffrey D. Dahl with Respect to Implementation of the Notice Plan and Performance of Required Settlement Administration Activities*. (Attachments: # 1 Exhibit 1, # 2 Certificate of Service)(Wolchansky, Melissa) (Entered: 10/17/2014) |
| 10/17/2014 | 115 | OBJECTION To Class Settlement submitted by Paul N. Palmer; Dated 09/26/2014. (eps ) (Entered: 10/21/2014) |
| 10/20/2014 | 113 | REPLY re 108 Objection, 103 MOTION for Attorney Fees *Award, Expense Reimbursement, and Incentive Awards*, 107 Correspondence, 100 MOTION *for Final Approval of Class Action Settlement and Request for Entry of Final Judgment Reply in Support of Final Approval Motion and Fee Motion and in Response to Objections* |

| | | |
|---|---|---|
| | | filed by Lauren Barry, Erin Calderon, Denise Howerton, Molly Martin, Ruth Pasarell. (Attachments: # 1 Declaration of Erin Green Comite, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Word Count Certificate, # 19 Certificate of Service)(Guglielmo, Joseph) (Entered: 10/20/2014) |
| 10/20/2014 | | ADVISORY ENTRY. The Docket Entry number 110 Supplemental Declaration Of Jeffrey D Dahl, is filed incorrectly in this case. Please refer to LR10.2(b) Counsel Identification. No further action necessary as to this filing. (eps) (Entered: 10/20/2014) |
| 10/20/2014 | 114 | RESPONSE re 107 Correspondence filed by Cargill, Inc.. (Attachments: # 1 Declaration of Peter W. Olson, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Certificate of Service)(Olson, Peter) (Entered: 10/20/2014) |
| 10/25/2014 | 117 | NOTICE of Appearance by Bradley David Salter on behalf of Ross Muller on behalf of Ross Muller. (Salter, Bradley) (Entered: 10/25/2014) |
| 10/26/2014 | 118 | NOTICE by Lauren Barry, Molly Martin, Erin Calderon, Denise Howerton, Ruth Pasarell re 103 MOTION for Attorney Fees *Award, Expense Reimbursement, and Incentive Awards*, 107 Correspondence, 100 MOTION *for Final Approval of Class Action Settlement and Request for Entry of Final Judgment Notice of Filing of Supplemental Evidence* Lauren Barry, Molly Martin, Erin Calderon, Denise Howerton, Ruth Pasarell. (Attachments: # 1 Exhibit Deposition Transcript of Ross W. Muller, # 2 Exhibit 3 to Deposition Transcript of Ross W. Muller, # 3 Certificate of Service) (Guglielmo, Joseph) (Entered: 10/26/2014) |
| 10/27/2014 | 119 | EP: Motion Hearing held on 10/27/2014 re 100 MOTION *for Final Approval of Class Action Settlement and Request for Entry of Final Judgment* filed by Molly Martin, Ruth Pasarell, Denise Howerton, Lauren Barry, Erin Calderon ; Granting 100 Motion. DOP=10/27/2014. (Court Reporter Cynthia Ott) (JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 10/27/2014) |
| 11/10/2014 | 120 | TRANSCRIPT of Proceedings Motion for Final Approval of Class Action Settlement and a Request for Entry of Final Judgment held on 10/27/2014, before Judge Leslie E. Kobayashi. Court Reporter Cynthia R. Ott, Telephone number (808) 541-2062. Transcript may be viewed at the court public terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Remote availability of electronic transcripts is regulated by FRCP 5.2(a), FRCrP 49.1(a) and FRBP 9037(a). Redaction Request due 11/28/2014. Redacted Transcript Deadline set for 12/8/2014. Release of Transcript Restriction set for 2/5/2015. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(co@hid.uscourts.gov) 9 pp. (Entered: 11/10/2014) |
| 11/26/2014 | 121 | ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND REQUEST FOR ENTRY OF FINAL JUDGMENT; AND MOTION FOR APPROVAL OF ATTORNEYS' FEE AWARD, EXPENSE |

| | | |
|---|---|---|
| | | REIMBURSEMENT, AND INCENTIVE AWARDS. Signed by JUDGE LESLIE E. KOBAYASHI on 11/26/2014. Re: [100](#) [103](#) ~ 1. The Court FINDS that the requirements of Federal Rules of Civil Procedure Rule 23(e) have been satisfied and that the Settlement Agreement is fair, reasonable, and adequate. 2. The Court DENIES the Objections as not being supported by the applicable law of this Circuit. 3. The Court therefore GRANTS final approval of the settlement and GRANTS Plaintiffs' Motion for Final Approval of Class Action Settlement and Request for Entry of Final Judgment, filed on September 12, 2014; and Plaintiffs Motion for Approval of Attorneys Fee Award, Expense Reimbursement, and Incentive Awards, filed September 12, 2014. 4. The Court CERTIFIES the Class, as described in the Class Settlement. 5. The Court ORDERS the parties to implement the terms of the settlement. 6. The Court finally APPOINTS Halunen and Associates, Reese Richman LLP and Scott+Scott Attorneys at Law LLP as Class counsel under Fed. R. Civ. P. 23(g). 7. The Court ORDERS payment of the attorneys' fees and expenses from the Settlement Fund. 8. The Court BARS the class representatives and all class members, including all members who did not opt out of the Class Settlement, from bringing any related claims covered by this lawsuit. 9. This Court RETAINS exclusive jurisdiction over the parties and the class members for all matters related to this litigation, including the administration and implementation of the Class Settlement. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:14-cv-00218-LEK-BMK(ecs, ) <hr> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/26/2014) |
| 12/01/2014 | [122](#) | NOTICE OF APPEAL as to [121](#) Order on Motion for Attorney Fees,,,,,,,, by Ross Muller. Filing fee $ 505, receipt number 0975-1478958. Appeal Record due by 12/24/2014. (Attachments: # [1](#) Exhibit Final Order)(Salter, Bradley) Modified on 12/9/2014 : **CA NO. 14-17395** (eps ). (Entered: 12/01/2014) |
| 12/02/2014 | [123](#) | AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND REQUEST FOR ENTRY OF FINAL JUDGMENT; AND MOTION FOR APPROVAL OF ATTORNEYS' FEE AWARD, EXPENSE REIMBURSEMENT, AND INCENTIVE AWARDS re (ECF NO. [80](#) in 1:14-cv-00218-LEK-BMK, ECF NO. [121](#) , [100](#) , [103](#) in 1:13-cv-00336-LEK-BMK, ECF NO. 40 in 1:13-cv-00685-LEK-BMK). Signed by JUDGE LESLIE E. KOBAYASHI on 12/02/2014. <br><br> ***(Amended as to typographical error) *** <br><br> Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(eps) <hr> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/02/2014) |
| 12/05/2014 | [124](#) | MOTION to Amend/Correct [123](#) Order,,, *in Regard to the Number of Requests for Exclusion and Order of Final Judgement* Erin Green Comite appearing for Plaintiff Denise Howerton (Attachments: # [1](#) Certificate of Service)(Comite, Erin) (Entered: 12/05/2014) |
| 12/05/2014 | [125](#) | USCA Case Number CA 14-17395 for (122 in 1:13-cv-00336-LEK-BMK) Notice of Appeal filed by Ross Muller. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(eps) (Entered: 12/08/2014) |
| 12/05/2014 | [126](#) | USCA Scheduling Order [CA No. 14-17395](#) as to (122 in 1:13-cv-00336-LEK-BMK) Notice of Appeal filed by Ross Muller. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(eps ) (Entered: 12/08/2014) |

| | | |
|---|---|---|
| 12/08/2014 | 127 | EO: ORDER GRANTING THE PARTIES' JOINT RULE 60(a) MOTION TO CORRECT AMENDED ORDER FILED ON DECEMBER 2, 2014, IN REGARD TO THE NUMBERS OF REQUESTS FOR EXCLUSION AND ORDER OF FINAL JUDGMENT. granting 124 Motion to Amend/Correct. (JUDGE LESLIE E. KOBAYASHI)(wnn, )<hr>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/08/2014) |
| 12/08/2014 | 128 | SECOND AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND REQUEST FOR ENTRY OF FINAL JUDGMENT; AND MOTION FOR APPROVAL OF ATTORNEYS' FEE AWARD, EXPENSE REIMBURSEMENT, AND INCENTIVE AWARDS<br><br>Signed by JUDGE LESLIE E. KOBAYASHI on 12/08/2014.<br><br>Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK<br><br>(eps )<hr>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/08/2014) |
| 12/08/2014 | 129 | CLERK'S JUDGMENT<br>Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK<br>(eps )<hr>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/08/2014) |
| 12/08/2014 | 130 | NOTICE OF APPEAL as to<br>( 123 in 1:13-cv-00336-LEK-BMK)<br>( 121 in 1:13-cv-00336-LEK-BMK)<br><br>Filing fee $ 505.00<br><br>on behalf of Objector Paul N. Palmer<br>(Attachments: # 1 Receipt re Filing Fee $505.00 )<br><br>Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK<br><br>(eps )<hr>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry<br>Modified on 12/8/2014: clarifying the docket text to reflect the name of the filing party (eps).<br>Modified on 12/9/2014 : **CA No. 14-17405** (eps ). (Entered: 12/08/2014) |

| 12/09/2014 | 131 | USCA Case Number CA 14-17405 for ( 87 in 1:14-cv-00218-LEK-BMK, 130 in 1:13-cv-00336-LEK-BMK, 46 in 1:13-cv-00685-LEK-BMK) Notice of Appeal submitted by Paul N Palmer, Objector. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK (eps) (Entered: 12/09/2014) |
|---|---|---|
| 12/09/2014 | 132 | USCA Scheduling Order CA No. 14-17405 as to ( 87 in 1:14-cv-00218-LEK-BMK, 130 in 1:13-cv-00336-LEK-BMK, 46 in 1:13-cv-00685-LEK-BMK) Notice of Appeal submitted by Paul N Palmer, Objector. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK (eps) (Entered: 12/09/2014) |
| 12/09/2014 | | ADVISORY ENTRY. Please be advised that Docket Entry number ( 130 in 1:13-cv-00336-LEK-BMK) Notice of Appeal submitted by Paul N Palmer, Objector was filed by the Clerk's Office without an original wet signature. The signature is a photocopy. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK (eps) (Entered: 12/09/2014) |
| 12/10/2014 | 133 | Attorney Appeal Packet CA NO. 14-17395 re 122 Notice of Appeal, (Attachments: # 1 Instructions For Civil Appeals, # 2 Letter Re Court Reporters, # 3 Instructions Transcript Designation & Ordering Form, # 4 Transcript Designation & Ordering Form, # 5 Docket Sheet - Howerton, # 6 Docket Sheet - Calderon, # 7 Docket Sheet - Martin)(eps) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/10/2014) |
| 12/10/2014 | 134 | Attorney Appeal Packet CA NO. 14-17405 re 130 Notice of Appeal, (Attachments: # 1 Instructions For Civil Appeals, # 2 Letter Re Court Reporters, # 3 Instructions Transcript Designation & Ordering Form, # 4 Transcript Designation & Ordering Form, # 5 Docket Sheet - Howerton, # 6 Docket Sheet - Calderon, # 7 Docket Sheet - Martin)(eps) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/10/2014) |
| 01/07/2015 | 135 | NOTICE OF APPEAL as to <br> 129 in 1:13-cv-00336-LEK-BMK) <br> 123 in 1:13-cv-00336-LEK-BMK <br> 128 in 1:13-cv-00336-LEK-BMK <br> 121 in 1:13-cv-00336-LEK-BMK. <br> Filing Fee Due <br><br> on behalf of Objector Monica Mager <br> (Attachments: # 1 Mailing Documentation) |

| | | |
|---|---|---|
| | | Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK (eps ) <hr> CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry Modified on 1/8/2015: **CA 15-15021** (ecs, ). (Entered: 01/07/2015) |
| 01/08/2015 | 136 | USCA Case Number CA 15-15021 for (90 in 1:14-cv-00218-LEK-BMK, 49 in 1:13-cv-00685-LEK-BMK, 135 in 1:13-cv-00336-LEK-BMK) Notice of Appeal submitted by Monica Mager, Objector. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(ecs, ) <hr> ~~CERTIFICATE OF SERVICE~~<br>~~Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry~~ Modified on 1/8/2015 - No Certificate of Service issued (ecs, ). (Entered: 01/08/2015) |
| 01/08/2015 | 137 | USCA Scheduling Order CA 15-15021 as to (90 in 1:14-cv-00218-LEK-BMK, 49 in 1:13-cv-00685-LEK-BMK, 135 in 1:13-cv-00336-LEK-BMK) Notice of Appeal submitted by Monica Mager, Objector. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(ecs, ) (Entered: 01/08/2015) |
| 01/08/2015 | 138 | ORDER of USCA as to (90 in 1:14-cv-00218-LEK-BMK, 49 in 1:13-cv-00685-LEK-BMK, 135 in 1:13-cv-00336-LEK-BMK) Notice of Appeal - A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $505 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(ecs, )No COS issued for this docket entry (Entered: 01/08/2015) |
| 01/12/2015 | 139 | TRANSCRIPT Designation and Ordering Form by Ross Muller for proceedings held on 10/27/2014 before Judge Leslie E. Kobayashi, (Salter, Bradley) (Entered: 01/12/2015) |
| 01/13/2015 | 140 | Attorney Appeal Packet re CA NO 15-15021 135 Notice of Appeal filed by Pro Se Objector Monica Mager<br>(Attachments: # 1 Instructions For Civil Appeals, # 2 Letter Re Court Reporters, # 3 Instructions Transcript Designation & Ordering Form, # 4 Transcript Designation & Ordering Form, # 5 Docket Sheet - Howerton, # 6 Docket Sheet - Calderon, # 7 Docket Sheet - Martin)(eps) <hr> CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/13/2015) |
| 01/21/2015 | 141 | USCA Appeal Fees received re 135 Notice of Appeal<br>Receipt # HI013998 as to Objector Monica Mager<br>(Attachments: # 1 Transmittal Letter)(eps) <hr> CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications including the 9th Circuit Clerk's Office received this document electronically at |

the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/21/2015)

| 01/29/2015 | 142 | ORDER of USCA as to CA No. 15-15021 as to MONICA MAGER, Objector: (90 in 1:14-cv-00218-LEK-BMK, 49 in 1:13-cv-00685-LEK-BMK, 135 in 1:13-cv-00336-LEK-BMK) Notice of Appeal, Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK

Pursuant to the stipulation of the parties, appeal No. 15-15021 is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation. **A copy of this order sent to the district court shall act as and for the mandate of this court as to appeal No. 15-15021 only.**

The appellees' motion to consolidate appeal Nos. 14-17395 and 14-17405 with appeal No. 15-15021 is denied as moot. The previously established consolidated briefing schedule for Nos. 14-17395 and 14-17405 is unchanged

(eps)

CERTIFICATE OF SERVICE
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/29/2015) |
| 01/29/2015 | 143 | ORDER of USCA as to CA Nos. 14-17395, 14-17405 as to ROSS MULLER,Objector, PAUL PALMER, Objector (87 in 1:14-cv-00218-LEK-BMK, 130 in 1:13-cv-00336-LEK-BMK, 46 in 1:13-cv-00685-LEK-BMK) Notice of Appeal, (122 in 1:13-cv-00336-LEK-BMK) Notice of Appeal, filed by Ross Muller Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK

The appellees' motion to consolidate appeal CA No. 14-17395 and CA No. 14-17405 with appeal No. 15-15021 is denied as moot. The previously established consolidated briefing schedule for Nos. 14-17395 and 14-17405 is unchanged.

(eps)

CERTIFICATE OF SERVICE
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/29/2015) |
| 03/10/2015 | 144 | NOTICE by Lauren Barry, Molly Martin *Notice of Change of Names of Law Firms* Lauren Barry, Molly Martin. (Wolchansky, Melissa) (Entered: 03/10/2015) |
| 03/30/2015 | 145 | ORDER of USCA as to CA No. 14-17395; CA No. 14-17405D.C. (87 in 1:14-cv-00218-LEK-BMK, 130 in 1:13-cv-00336-LEK-BMK, 46 in 1:13-cv-00685-LEK-BMK) Notice of Appeal, (122 in 1:13-cv-00336-LEK-BMK) Notice of Appeal, filed by Ross Muller

Appellant Ross Mullers motion to dismiss these appeals is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.
A copy of this order shall serve as and for the mandate of this court

Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(eps ) |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/02/2015) |
| 04/01/2015 | 146 | ORDER of USCA as to CA No. 14-17395; CA No. 14-17405 (87 in 1:14-cv-00218-LEK-BMK, 130 in 1:13-cv-00336-LEK-BMK, 46 in 1:13-cv-00685-LEK-BMK) Notice of Appeal, (122 in 1:13-cv-00336-LEK-BMK) Notice of Appeal<br><br>Appellant Paul N. Palmer's motion to dismiss these appeals is granted. Fed.R. App. P. 42(b). The parties shall bear their own costs and attorneys fees on appeal.<br>A copy of this order shall serve as and for the mandate of this court.<br><br>Associated Cases: 1:13-cv-00336-LEK-BMK, 1:13-cv-00685-LEK-BMK, 1:14-cv-00218-LEK-BMK(eps )<br><hr>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/02/2015) |
| 09/10/2015 | 147 | MOTION for Disbursement of Funds *and Final Accounting of Settlement Proceeds* Joseph P. Guglielmo appearing for Consol Plaintiffs Lauren Barry, Molly Martin, Plaintiffs Erin Calderon, Denise Howerton, Ruth Pasarell (Attachments: # 1 Memorandum, # 2 Declaration of Jeffrey D. Dahl, # 3 Exhibit A to Dahl Declaration, # 4 Word Count Certificate, # 5 Certificate of Service)(Guglielmo, Joseph) (Entered: 09/10/2015) |
| 09/11/2015 | | ADVISORY ENTRY. The Docket Entry number 144 Notice Of Change Of Names Of Law Firms as to 1:14-cv-00218-LEK-BMK; 1:13-cv-00336-LEK-BMK filed by Denise Howerton, Erin Calderon, and Ruth Pasarell, Individually and on Behalf of All Others Similarly Situated, Molly Martin, Lauren Barry having been filed, please be advised that the attorneys must also update his or her CM/ECF account. The updates include the Name Change of the Law Firm (Halunen Law and Reese LLP) and any change to the CM/ECF E-Mail Account.<br>For further reference to Maintain Your Account please see CBT-2: **Managing Your CM/ECF Account** at www.hid.uscourts.gov at CM/ECF Resources, Training. The CBT length is (2 min 33 sec)<br>(eps) (Entered: 09/11/2015) |
| 09/17/2015 | 148 | EO: COURT ORDER REGARDING PLAINTIFFS' MOTION SEEKING ORDER APPROVING (1) FINAL ACCOUNTING OF SETTLEMENT PROCEEDS; AND (2) DISTRIBUTION OF RESIDUAL FUNDS TO CY PRES BENEFICIARIES. re 147 MOTION for Disbursement of Funds *and Final Accounting of Settlement Proceeds.* (JUDGE LESLIE E. KOBAYASHI)(wnn, )<br><hr>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 09/17/2015) |
| 10/06/2015 | 149 | EO: COURT ORDER REGARDING PLAINTIFFS' MOTION SEEKING ORDER APPROVING (1) FINAL ACCOUNTING OF SETTLEMENT PROCEEDS; AND (2) DISTRIBUTION OF RESIDUAL FUNDS TO CYPRES BENEFICIARIES. (JUDGE LESLIE E. KOBAYASHI)(tl, )<br><hr>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this |

| | | |
|---|---|---|
| | | docket entry (Entered: 10/06/2015) |
| 10/08/2015 | [150] | ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF FINAL ACCOUNTING OF SETTLEMENT PROCEEDS AND DISTRIBUTION OF RESIDUAL FUNDS TO *CY PRES* BENEFICIARIES<br><br>re(147) Motion for Disbursement of Funds in case 1:13-cv-00336-LEK-BMK. Signed by JUDGE LESLIE E. KOBAYASHI on 10/08/2015.<br><br>Associated Cases: 1:13-cv-00336-LEK-BMK, 1:14-cv-00218-LEK-BMK<br><br>(eps)<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (Entered: 10/08/2015) |
| 10/09/2015 | [151] | NOTICE of Change of Address by Kim E. Richman on behalf of Lauren Barry, Molly Martin. (Richman, Kim) (Entered: 10/09/2015) |
| 10/09/2015 | [152] | NOTICE by Lauren Barry, Molly Martin *MOTION TO WITHDRAW KIM E. RICHMAN AS COUNSEL* Lauren Barry, Molly Martin. (Richman, Kim) (Entered: 10/09/2015) |

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 14-17395 | **Docketed:** 12/05/2014 |
| **Nature of Suit:** 4370 Other Fraud | **Termed:** 03/30/2015 |
| Denise Howerton, et al v. Cargill, Inc. | |
| **Appeal From:** U.S. District Court for Hawaii, Honolulu | |
| **Fee Status:** Paid | |

**Case Type Information:**
  **1)** civil
  **2)** private
  **3)** null

**Originating Court Information:**
  **District:** 0975-1 : 1:13-cv-00336-LEK-BMK                                           **Lead:**
  **Court Reporter:** Jessica B. Cahill
  **Court Reporter:** Cynthia R. Ott
  **Trial Judge:** Leslie E. Kobayashi, District Judge
  **Date Filed:** 07/08/2013

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 11/26/2014 | 11/26/2014 | 12/01/2014 | 12/01/2014 |

  **District:** 0975-1 : 1:13-cv-00685-LEK-BMK

  **District:** 0975-1 : 1:14-cv-00218-LEK-BMK

**Prior Cases:**
  None

**Current Cases:**

| | **Lead** | **Member** | **Start** | **End** |
|---|---|---|---|---|
| Companion | | | | |
| | 14-17395 | 15-15021 | 01/08/2015 | |
| | 14-17405 | 15-15021 | 01/08/2015 | |
| Consolidated | | | | |
| | 14-17395 | 14-17405 | 01/06/2015 | |

| | |
|---|---|
| DENISE HOWERTON | Christopher M. Burke |
|       Plaintiff - Appellee, | Direct: 619-233-4565 |
| | [COR LD NTC Retained] |
| | Scott & Scott LLP |
| | Suite 1000 |
| | Firm: 619-233-4565 |
| | 707 Broadway |
| | 10th Floor |
| | San Diego, CA 92101 |
| | |
| | Edward Kirksey Wood, Jr., Esquire |
| | Direct: 205-612-0243 |
| | [COR LD NTC Retained] |
| | Wood Law Firm LLC |
| | P.O. Box 382434 |
| | Birmingham, AL 35238-2434 |
| | |
| | Erin Green Comite |
| | Direct: 860-537-5537 |
| | [COR NTC Retained] |
| | Scott+Scott LLP |
| | 156 South Main Street |
| | Colchester, CT 06415 |
| | |
| | Joseph P. Guglielmo |
| | Direct: 212-223-6444 |
| | [COR NTC Retained] |

Scott & Scott LLP
Firm: 212-223-6444
405 Lexington Avenue
40th Floor
New York, NY 10174

ERIN CALDERON
        Plaintiff - Appellee,

Christopher M. Burke
Direct: 619-233-4565
[COR LD NTC Retained]
(see above)

Erin Green Comite
Direct: 860-537-5537
[COR LD NTC Retained]
(see above)

Edward Kirksey Wood, Jr., Esquire
Direct: 205-612-0243
[COR LD NTC Retained]
(see above)

Joseph P. Guglielmo
Direct: 212-223-6444
[COR NTC Retained]
(see above)

RUTH PASARELL
        Plaintiff - Appellee,

Christopher M. Burke
Direct: 619-233-4565
[COR LD NTC Retained]
(see above)

Edward Kirksey Wood, Jr., Esquire
Direct: 205-612-0243
[COR LD NTC Retained]
(see above)

Erin Green Comite
Direct: 860-537-5537
[COR NTC Retained]
(see above)

Joseph P. Guglielmo
Direct: 212-223-6444
[COR NTC Retained]
(see above)

MOLLY MARTIN
        Plaintiff - Appellee,

James J. Bickerton, Attorney
Direct: 808-599-3811
[COR LD NTC Retained]
Bickerton Dang
Suite # 801
745 Fort Street Mall
Honolulu, HI 96813-3815

Clayton Dean Halunen, Attorney
Direct: 612-605-4098
[COR LD NTC Retained]
Halunen & Associates
80 South 8th Street
1650 IDS Center
Minneapolis, MN 55402

Michael Reese
Direct: 212-594-5300
[COR LD NTC Retained]
Reese LLP

|  | 100 West 93rd Street<br>16th Floor<br>New York, NY 10025 |
|---|---|
|  | Kim Eleazer Richman, Esquire<br>Direct: 212-687-8291<br>[COR LD NTC Retained]<br>The Richman Law Group<br>195 Plymouth Street<br>Brooklyn, NY 11201 |
|  | Melissa W. Wolchansky<br>Direct: 612-605-4098<br>[COR NTC Retained]<br>Halunen & Associates<br>Suite # 1650<br>80 South 8th Street<br>1650 IDS Center<br>Minneapolis, MN 55402 |
| LAUREN BARRY, On Behalf of Themselves and All Others<br>Similarly Situated<br>      Plaintiff - Appellee, | James J. Bickerton, Attorney<br>Direct: 808-599-3811<br>[COR LD NTC Retained]<br>(see above) |
|  | Clayton Dean Halunen, Attorney<br>Direct: 612-605-4098<br>[COR LD NTC Retained]<br>(see above) |
|  | Michael Reese<br>Direct: 212-594-5300<br>[COR LD NTC Retained]<br>(see above) |
|  | Kim Eleazer Richman, Esquire<br>Direct: 212-687-8291<br>[COR LD NTC Retained]<br>(see above) |
|  | Melissa W. Wolchansky<br>Direct: 612-605-4098<br>[COR NTC Retained]<br>(see above) |
| ROSS MULLER<br>      Objector - Appellant, | Bradley David Salter<br>Direct: 808-298-7873<br>[COR LD NTC Retained]<br>Law Office of Bradley D. Salter<br>24 Malialani Place<br>Lahaina, HI 96761 |
|   v. |  |
| CARGILL, INC.<br>      Defendant - Appellee, | Peter William Olson, Attorney<br>Direct: 808-521-9385<br>[COR LD NTC Retained]<br>Cades Schutte LLP<br>Firm: 808-521-9200<br>1000 Bishop Street<br>Suite # 1200<br>Honolulu, HI 96813 |
|  | Kate E. Jaycox, Attorney<br>Direct: 612-349-8500<br>[COR NTC Retained] |

Robins Kaplan LLP
800 Lasalle Avenue
2800 Lasalle Plaza
Minneapolis, MN 55402

Christopher William Madel, Attorney
Direct: 612-349-8703
[COR NTC Retained]
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

Stephen Safranski
Direct: 612-349-0824
[COR NTC Retained]
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

DENISE HOWERTON; ERIN CALDERON; RUTH PASARELL; MOLLY MARTIN; LAUREN BARRY, On Behalf of Themselves and All Others Similarly Situated,

       Plaintiffs - Appellees,

v.

ROSS MULLER,

       Objector - Appellant,

  v.

CARGILL, INC.,

       Defendant - Appellee.

| | | |
|---|---|---|
| 12/05/2014 | 1<br>14 pg, 405.78 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Mediation Questionnaire due on 12/12/2014. Transcript ordered by 12/31/2014. Transcript due 01/30/2015. Appellant Ross Muller opening brief due 03/11/2015. Appellees Lauren Barry, Erin Calderon, Cargill, Inc., Denise Howerton, Molly Martin and Ruth Pasarell answering brief due 04/10/2015. Appellant's optional reply brief is due 14 days after service of the answering brief. [9339621] (RT) [Entered: 12/05/2014 06:38 PM] |
| 12/09/2014 | 2<br>2 pg, 13.73 KB | Filed (ECF) notice of appearance of Erin Green Comite for Appellees Erin Calderon, Denise Howerton and Ruth Pasarell. Date of service: 12/09/2014. [9341838] [14-17395] (Comite, Erin) [Entered: 12/09/2014 09:19 AM] |
| 12/09/2014 | 3 | Added attorney Erin Green Comite for Ruth Pasarell Denise Howerton, in case 14-17395. [9342312] (MT) [Entered: 12/09/2014 11:47 AM] |
| 12/10/2014 | 4<br>2 pg, 13.81 KB | Filed (ECF) notice of appearance of Joseph P. Guglielmo for Appellees Erin Calderon, Denise Howerton and Ruth Pasarell. Date of service: 12/10/2014. [9343930] [14-17395] (Guglielmo, Joseph) [Entered: 12/10/2014 12:17 PM] |
| 12/10/2014 | 5 | Added attorney Joseph P. Guglielmo for Ruth Pasarell Denise Howerton Erin Calderon, in case 14-17395. [9344033] (MT) [Entered: 12/10/2014 01:23 PM] |
| 12/12/2014 | 6<br>2 pg, 12.73 KB | Filed (ECF) notice of appearance of Melissa W. Wolchansky for Appellees Molly Martin and Lauren Barry. Date of service: 12/12/2014. [9346847] [14-17395] (Wolchansky, Melissa) [Entered: 12/12/2014 08:56 AM] |
| 12/12/2014 | 7 | Added attorney Melissa W. Wolchansky for Lauren Barry and Molly Martin, in case 14-17395. [9346967] (KB) [Entered: 12/12/2014 09:29 AM] |
| 12/12/2014 | 8<br>18 pg, 1.36 MB | Filed (ECF) Appellant Ross Muller Mediation Questionnaire. Date of service: 12/12/2014. [9348349] [14-17395] (Salter, Bradley) [Entered: 12/12/2014 05:31 PM] |
| 12/15/2014 | 9<br>2 pg, 13.71 KB | Filed (ECF) notice of appearance of Stephen P. Safranski for Appellee Cargill, Inc.. Date of service: 12/15/2014. [9349417] [14-17395] (Safranski, Stephen) [Entered: 12/15/2014 12:36 PM] |
| 12/15/2014 | 10<br>2 pg, 13.72 KB | Filed (ECF) notice of appearance of Kate E. Jaycox for Appellee Cargill, Inc.. Date of service: 12/15/2014. [9349425] [14-17395] (Safranski, Stephen) [Entered: 12/15/2014 12:39 PM] |
| 12/15/2014 | 11<br>2 pg, 13.72 KB | Filed (ECF) notice of appearance of Christopher W. Madel for Appellee Cargill, Inc.. Date of service: 12/15/2014. [9349429] [14-17395] (Safranski, Stephen) [Entered: 12/15/2014 12:40 PM] |
| 12/15/2014 | 12<br>3 pg, 68.27 KB | Filed (ECF) Appellee Cargill, Inc. corporate disclosure statement. Date of service: 12/15/2014. [9349444] [14-17395] (Safranski, Stephen) [Entered: 12/15/2014 12:48 PM] |
| 12/15/2014 | 13 | Added attorney Christopher William Madel, Kate E. Jaycox, Stephen Safranski for Cargill, Inc., in case 14-17395. [9349492] (MT) [Entered: 12/15/2014 01:03 PM] |
| 12/23/2014 | 14<br>5 pg, 558.52 KB | Filed (ECF) Appellees Erin Calderon, Denise Howerton and Ruth Pasarell Joint Motion to consolidate cases 14-17395, 14-17405. Date of service: 12/23/2014. [9360239] [14-17395] (Comite, Erin) [Entered: 12/23/2014 01:35 PM] |
| 01/06/2015 | 15<br>1 pg, 34.48 KB | Filed clerk order (Deputy Clerk: CB): The motion to consolidate Nos. 14-17395 and 14-17405 is granted. The opening brief(s) shall be due March 18, 2015. Appellants are reminded of the court's preference for joint briefing. 9th Cir. R. 28-4. The answering brief is due April 17, 2015. The optional reply brief(s) shall be due within 14 days after service of the answering brief. Appellant Palmer shall submit his mediation questionnaire within 7 days after the date of this order. [9371262] [14-17395, 14-17405] (WL) [Entered: 01/06/2015 08:06 AM] |
| 01/08/2015 | 17<br>2 pg, 36.24 KB | Filed order MEDIATION (VLS): These cases are NOT SELECTED for inclusion in the Circuit Mediation Program. Counsel may contact Roxane G. Ashe, Circuit Mediator, at roxane_ashe@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions. Counsel are requested to send copies of this order to their clients. Information regarding the mediation program may be found at www.ca9.uscourts.gov/mediation. [9375883] [14-17395, 14-17405] (SML) [Entered: 01/08/2015 04:02 PM] |
| 01/09/2015 | 19<br>7 pg, 161.8 KB | MEDIATION CONFERENCE SCHEDULED - The court has scheduled a telephone Assessment Conference, 02/03/2015, 11:30 a.m. PACIFIC Time. The Circuit Mediator will initiate the conference call by contacting each person on the attached list. Please be available for the call at least five minutes before the scheduled time. Counsel should review the attached list and inform the Mediation Assistant by email at least 72 hours in advance of the scheduled call of any corrections to the list....The briefing schedule previously set by the court remains in effect. [9377389] [14-17395, 14-17405] (VS) [Entered: 01/09/2015 03:42 PM] |

| | | |
|---|---|---|
| 01/14/2015 | ☐ **20**<br>5 pg, 3.06 MB | Filed (ECF) Appellant Paul N. Palmer in 14-17405 Mediation Questionnaire. Date of service: 01/14/2015. [9381466] [14-17405, 14-17395] (Palmer, Joseph) [Entered: 01/14/2015 12:22 AM] |
| 01/14/2015 | ☐ **21** 🔒<br>2 pg, 42.2 KB | Filed order MEDIATION (VLS): A dial-in telephonic conference will be held on February 3, 2015, at 11:30 a.m. Pacific Time. Dial-in information is available to counsel of record as a separate document attached to the electronic filing notification of this order. If any counsel of record is not able to access the dial-in information, please notify the Mediation Program immediately at virna_sanchez@ca9.uscourts.gov. [9382141] [14-17395, 14-17405] (SM) [Entered: 01/14/2015 11:45 AM] |
| 01/15/2015 | ☐ **22**<br>5 pg, 26.6 KB | Filed (ECF) Appellees Erin Calderon, Denise Howerton and Ruth Pasarell in 14-17395, 14-17405 Joint Motion to consolidate cases 14-17395, 14-17405, 15-15021. Date of service: 01/15/2015. [9384047] [14-17395, 14-17405] (Comite, Erin) [Entered: 01/15/2015 11:45 AM] |
| 01/29/2015 | ☐ **23**<br>2 pg, 34.77 KB | Filed clerk order (Deputy Clerk: TAH): Pursuant to the stipulation of the parties, appeal No. 15-15021 is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation. A copy of this order sent to the district court shall act as and for the mandate of this court as to appeal No. 15-15021 only. The appellees' motion to consolidate appeal Nos. 14-17395 and 14-17405 with appeal No. 15-15021 is denied as moot. The previously established consolidated briefing schedule for Nos. 14-17395 and 14-17405 is unchanged. [9401397] [14-17395, 14-17405] (SM) [Entered: 01/29/2015 01:52 PM] |
| 02/04/2015 | ☐ **24**<br>4 pg, 54.87 KB | Filed order MEDIATION (RGA) The court will initiate a further conference, with plaintiffs' counsel only, by telephone on February 17, 2015, at 10:30 a.m. Pacific Time. The court will initiate a further conference, with objectors-appellants' counsel only, by telephone on February 17, 2015, at 11:00 a.m. Pacific Time. [9409294] [14-17395, 14-17405] (SM) [Entered: 02/04/2015 02:43 PM] |
| 02/10/2015 | ☐ **25** 🔒<br>2 pg, 41.72 KB | Filed order MEDIATION (VLS): A dial-in telephonic conference with objectors-appellants' counsel will be held on February 17, 2015, at 11:00 a.m. Pacific Time. Dial-in information is available to counsel of record as a separate document attached to the electronic filing notification of this order. If any counsel of record is not able to access the dial-in information, please notify the Mediation Program immediately at virna_sanchez@ca9.uscourts.gov. [9415709] [14-17395, 14-17405] (SM) [Entered: 02/10/2015 09:56 AM] |
| 02/10/2015 | ☐ **26** 🔒<br>2 pg, 41.63 KB | Filed order MEDIATION (VLS): A dial-in telephonic conference with plaintiffs' counsel will be held on February 17, 2015, at 10:30 a.m. Pacific Time. Dial-in information is available to counsel of record as a separate document attached to the electronic filing notification of this order. If any counsel of record is not able to access the dial-in information, please notify the Mediation Program immediately at virna_sanchez@ca9.uscourts.gov. [9415734] [14-17395, 14-17405] (SML) [Entered: 02/10/2015 10:06 AM] |
| 02/12/2015 | ☐ **27**<br>2 pg, 32.69 KB | Filed order MEDIATION (RGA): The conference, with objectors-appellants' counsel, previously scheduled for February 17, 2015, is canceled and will be reset by further order of the court. [9419979] [14-17395, 14-17405] (SML) [Entered: 02/12/2015 03:15 PM] |
| 02/13/2015 | ☐ **28**<br>2 pg, 33.37 KB | Filed order MEDIATION (RGA): The conference, with plaintiffs' counsel, originally scheduled for February 17, 2015, is canceled and will be reset by further order of the court. [9421465] [14-17395, 14-17405] (SM) [Entered: 02/13/2015 01:58 PM] |
| 02/18/2015 | ☐ **29** 🔒<br>2 pg, 41.96 KB | Filed order MEDIATION (RGA): A dial-in telephonic conference with plaintiffs' counsel will be held on February 23, 2015, at 11:00 a.m. Pacific Time. Dial-in information is available to counsel of record as a separate document attached to the electronic filing notification of this order. If any counsel of record is not able to access the dial-in information, please notify the Mediation Program immediately at virna_sanchez@ca9.uscourts.gov. [9424426] [14-17395, 14-17405] (SM) [Entered: 02/18/2015 10:23 AM] |
| 02/23/2015 | ☐ **30** 🔒<br>2 pg, 41.86 KB | Filed order MEDIATION (RGA): A dial-in telephonic conference with plaintiffs' counsel will be held on February 24, 2015, at 11:00 a.m. Pacific Time. Dial-in information is available to counsel of record as a separate document attached to the electronic filing notification of this order. If any counsel of record is not able to access the dial-in information, please notify the Mediation Program immediately at virna_sanchez@ca9.uscourts.gov. [9430392] [14-17395, 14-17405] (SML) [Entered: 02/23/2015 01:20 PM] |
| 02/24/2015 | ☐ 31 | Filed (ECF) Streamlined request for extension of time to file Opening Brief by Appellant Ross Muller in 14-17395. New requested due date is 04/10/2015. [9432470] [14-17395, 14-17405] (Salter, Bradley) [Entered: 02/24/2015 01:30 PM] |
| 02/25/2015 | ☐ 32 | **Streamlined request [31] by Appellant Ross Muller in 14-17395 to extend time to file the brief is approved. Amended briefing schedule: Appellant Ross Muller opening brief due 04/10/2015. Appellees Lauren Barry, Erin Calderon, Cargill, Inc., Denise Howerton, Molly Martin and Ruth Pasarell answering brief due 05/11/2015. The optional reply brief is due 14 days from the date of service of the answering brief.** [9434164] [14-17405, 14-17395] (LN) [Entered: 02/25/2015 11:16 AM] |
| 02/26/2015 | ☐ **33**<br>2 pg, 89.94 KB | MEDIATION CONFERENCE SCHEDULED - Further Conference, 03/02/2015, 11:30 a.m., with counsel for appellant Muller only . [9436464] [14-17395, 14-17405] (VS) [Entered: 02/26/2015 11:45 AM] |

| 03/13/2015 | ☐ 34 | Filed (ECF) Streamlined request for extension of time to file Opening Brief by Appellant Paul N. Palmer in 14-17405. New requested due date is 04/17/2015. [9456036] [14-17405, 14-17395] (Palmer, Joseph) [Entered: 03/13/2015 09:20 AM] |
|---|---|---|
| 03/13/2015 | ☐ 35 | **Streamlined request [34] by Appellant Paul N. Palmer in 14-17405 to extend time to file the brief in 14-17405 is approved. Amended briefing schedule: Appellant Paul N. Palmer opening brief in 14-17405 is due 04/17/2015. Appellees Lauren Barry, Erin Calderon, Cargill, Inc., Denise Howerton, Molly Martin and Ruth Pasarell answering brief due 05/18/2015. The optional reply brief is due 14 days from the date of service of the answering brief.** [9456206] [14-17395, 14-17405] (LBS) [Entered: 03/13/2015 10:27 AM] |
| 03/18/2015 | ☐ 36 2 pg, 33.83 KB | Filed order MEDIATION (RGA): The briefing schedule previously set by the court is amended as follows: appellants shall file an opening brief on or before April 17, 2015; appellees shall file an answering brief on or before May 18, 2015; appellants may file an optional reply brief within fourteen (14) days from the service date of the answering brief. [9462545] [14-17395, 14-17405] (SML) [Entered: 03/18/2015 02:00 PM] |
| 03/27/2015 | ☐ 37 2 pg, 13.55 KB | Filed (ECF) Appellant Paul N. Palmer in 14-17405 Motion to dismiss case voluntarily pursuant to FRAP 42(b). Date of service: 03/27/2015. [9475576] [14-17405, 14-17395] (Palmer, Joseph) [Entered: 03/27/2015 04:55 PM] |
| 03/27/2015 | ☐ 38 2 pg, 95.88 KB | Filed (ECF) Appellant Ross Muller in 14-17395 Motion to dismiss case voluntarily pursuant to FRAP 42(b). Date of service: 03/27/2015. [9475655] [14-17405, 14-17395] (Salter, Bradley) [Entered: 03/27/2015 06:07 PM] |
| 03/27/2015 | ☐ 39 | COURT DELETED DUPLICATE ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [38]. Original Text: Filed (ECF) Appellant Ross Muller in 14-17395 Motion to dismiss case voluntarily pursuant to FRAP 42(b). Date of service: 03/27/2015. [9475669] [14-17405, 14-17395] (Salter, Bradley) [Entered: 03/27/2015 07:17 PM] |
| 03/28/2015 | ☐ 40 2 pg, 13.59 KB | Filed (ECF) Appellant Paul N. Palmer in 14-17405 Amended Motion to dismiss case voluntarily pursuant to FRAP 42(b). Date of service: 03/28/2015. [9475685] [14-17405, 14-17395] (Palmer, Joseph) [Entered: 03/28/2015 01:21 PM] |
| 03/30/2015 | ☐ 41 1 pg, 33.08 KB | Filed order (Deputy Clerk: RGA)Appellant Ross Muller's motion to dismiss these appeals is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal. A copy of this order shall serve as and for the mandate of this court. [9476429] [14-17395, 14-17405] (SM) [Entered: 03/30/2015 11:32 AM] |
| 04/01/2015 | ☐ 42 2 pg, 33.48 KB | Filed order (Deputy Clerk: RGA) Appellant Paul N. Palmer's motion to dismiss these appeals is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal. A copy of this order shall serve as and for the mandate of this court. [9479913] (SM) [Entered: 04/01/2015 10:17 AM] |

Clear All

○ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected