UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-23656-JJO
[CONSENT]

FRANCISCO RENE MARTY, SETH GOLDMAN,
and FERNANDO MARQUET on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

ANHEUSER-BUSCH COMPANIES, LLC,

    Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that ROSS MULLER, Objector in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following Order of the United States District Court Southern District of Florida: Final Order and Judgment [DE 172].

Dated: November 21, 2015
      Miami, Florida

                        Respectfully submitted,

           By:   */s/ Stephen Field*
                      STEPHEN D. FIELD, ESQ.
                      Florida Bar No. 554111
                      e-mail: steve@field-law.com
                      STEPHEN D. FIELD, P.A.
                      102 East 49th Street
                      Hialeah, Florida 33013
                      Telephone: (305) 698-3421
                      Direct Line: (305)798-1335
                      Facsimile: (305) 698-1930
                      *Counsel for Objector – Ross Muller*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY: _/s/ Stephen Field_

## SERVICE LIST - CASE NO. 13-cv-23656-JJO
### [CONSENT]

Lance A. Harke, Esq.
lharke@harkeclasby.com
Sarah Clasby Engel, Esq.
sengel@harkeclasby.com
Howard M. Bushman, Esq.
hbushman@harkeclasby.com
**HARKE CLASBY & BUSHMAN LLP**
9699 NE Second Avenue
Miami Shores, Florida 33138
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

Robert W. Rodriguez, Esq.
RobertWRodriguez@GMail.Com
**ROBERT W. RODRIGUEZ, P.A.**
66 West Flagler Street, Suite 1002
Miami, Florida 33130
Telephone: (305) 444-1446
Facsimile: (305) 907-5244

Thomas A. Tucker Ronzetti, Esq.
tr@kttlaw.com
Adam M. Moskowitz, Esq.
amm@kttlaw.com
Tal J. Lifshitz, Esq.
tjl@kttlaw.com
**KOZYAK, TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
*Counsel for Plaintiffs*

John Campbell, Esq.
John@campbelllawllc.com
CAMPBELL LAW, LLC
1500 Washington Avenue, Suite 100
St. Louis, MO  63103
(314) 588-8101
*Counsel for Plaintiff*

David O. Pehlke, Esq.
david.pehlke@skadden.com
Brandon R. Keel, Esq.
Brandon.keel@skadden.com
**Skadden, Arps, Slate, Meagher & Flom, LLP**
155 N. Wacker Drive
Chicago, Illinois 60606
Phone: (312) 407-0700
Fax: (312) 407-0411
*Attorneys for Defendant Anheuser-Busch Companies, LLC*

Stanley H. Wakshlag, Esq.
swakshlag@knpa.com
**Kenny Nachwalter, P.A.**
201 S. Biscayne Blvd, Suite 1100
Miami, Florida 33131
Phone: (305) 373-1000
Fax: (305) 372-1861
*Attorneys for Defendant Anheuser-Busch Companies, LLC*