UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-23656-O'SULLIVAN
[CONSENT]

FRANCISCO RENE MARTY *et al.*,

       Plaintiffs,

                                                                                                          CLASS ACTION

v.

ANHEUSER-BUSCH COMPANIES, LLC

       Defendant.

_____/

**PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO REQUIRE POSTING OF APPEAL BOND BY OBJECTOR-APPELLANT ROSS MULLER**

Objector-Appellant Ross Muller has testified that he knows nothing of this lawsuit or the settlement, knows nothing of the settlement's terms or the benefits it provides to the class, has no idea what is "wrong" with the settlement or how it could be improved, and only seeks a payoff of $2,000 for his objection, not any changes to the settlement. (*See* Dep. Tr. of R. Muller, attached as Ex. A to DE 174 (hereinafter "Tr."), at 20–27, 29, 31 & 34). Muller's $2,000 payoff demand comes despite the fact that he apparently purchased only one six-pack of Beck's during the claim period and consequently has less than $1.00 of damages, much of which he would receive back under the terms of the settlement. [D.E. 181-1]. It is now undisputed that Muller cares only about getting paid off. (*See id.* at 27, 29 & 31).

With his frivolous objection overruled, Muller predictably appealed the Court's Order approving the settlement in an attempt to exact a ransom settlement from Class Counsel at the expense of the Class. [D.E. 175]. Plaintiffs accordingly moved under FRAP 7 and 8 for an order requiring Muller to post a modest $10,000 appeal bond to account for expected appellate costs of

$5,000 as well as the administrative costs of continued settlement administration during the length of the appeal period (which Plaintiffs estimated to be $14,600).

In response, Muller is claiming inability to pay for his frivolous gambit, and yet has represented that he "does not oppose a bond of less than or equal to $5,000, class counsel's estimate of taxable costs under Rule 39(e)." [D.E. 181 at 2]. Accordingly, to avoid further litigation on this issue, Plaintiffs request that the Court enter an Order under FRAP 7 and 8 requiring Objector-Appellant Muller to post an appeal bond totaling $5,000 to account for expected appellate costs as well as the administrative costs of continued settlement administration during the length of the appeal period.

Dated: January 7, 2016

Respectfully submitted,

Lance A. Harke, P.A.
lharke@harkeclasby.com
Howard M. Bushman, Esq.
hbushman@harkeclasby.com
**HARKE CLASBY & BUSHMAN    LLP**
9699 NE Second Avenue
Miami Shores, Florida 33138
Telephone:     (305) 536-8220
Facsimile:      (305) 536-8229

/s/Thomas A. Tucker Ronzetti
Thomas A. Tucker Ronzetti, Esq.
tr@kttlaw.com
Adam M. Moskowitz, Esq.
amm@kttlaw.com
Tal J. Lifshitz, Esq.
tjl@kttlaw.com
**KOZYAK, TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd.,
9th Floor
Coral Gables, FL 33134
Telephone:  (305) 372-1800
Facsimile:    (305) 372-3508
*Counsel for Plaintiffs*

Robert W. Rodriguez, Esq.
RobertWRodriguez@GMail.Com
**ROBERT W. RODRIGUEZ, P.A.**
66 West Flagler Street, Suite 1002
Miami, Florida 33130
Telephone:  (305) 444-1446
Facsimile:  (305) 907-5244

John Campbell, Esq.
john@campbelllawllc.com
 **CAMPBELL LAW, LLC,**
1500 Washington Avenue,
Suite 100
St. Louis, MO 63103
 Telephone:  (314)588-8101

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically with the Clerk of Court and served via email to all counsel of record on Thursday, January 07, 2016.

By: /s/Thomas A. Tucker Ronzetti<br>Thomas A. Tucker Ronzetti, Esq.