UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-23656-CIV-O'SULLIVAN
[CONSENT]

FRANCISCO RENE MARTY,
    Plaintiff,

v.

ANHEUSER-BUSCH COMPANIES, LLC,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Plaintiffs' Motion for Sanctions Against Objector Muller's Counsel Stephen Field (DE# 174, 11/12/15). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintiffs' Motion for Sanctions Against Objector Muller's Counsel Stephen Field (DE# 174, 11/12/15) is **DENIED** without prejudice to re-file after the conclusion of the appellate proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this **28th** day of January, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record