```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100117333
Cashier ID: vthomas
Transaction Date: 02/22/2016
Payer Name: STEPHEN D. FIELD P.A.
----------------------------------
TREASURY REGISTRY
 For: ROSS MULLER
 Case/Party: D-FLS-1-13-CV-023656-001
 Amount:       $5,000.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 0001354874
 Amt Tendered: $5,000.00
----------------------------------
Total Due:      $5,000.00
Total Tendered: $5,000.00
Change Amt:     $0.00

13-CV-23656-JJO

FRANCISCO RENE MARTY, ET AL VS.
ANHEUSER-BUSCH COMPANIES, LLC, ET
AL.



REMITTER:  STEPHE D. FIELD P.A.

103 EAST 49 STREET

HIALEAH, FL  33013


PER ORDER OF THE COURT (DE#186)

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```